**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

SCOTT WHITELEY and HARRY BERGER,
Individually and on Behalf of All Others
Similarly Situated,

              Plaintiffs,

        v.

ZYNERBA PHARMACEUTICALS, INC.,
ARMANDO ANIDO, and JAMES E.
FICKENSCHER,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:19-cv-04959-NIQA

**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION**
**TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

AND NOW, this _____ day of _____, 2020, upon consideration of Defendants' Motion to Dismiss the Amended Class Action Complaint, and Plaintiffs' opposition thereto, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.

It is **FURTHER ORDERED** that the Amended Class Action Complaint is **DISMISSED WITH PREJUDICE**.

 

NITZA I. QUIÑONES ALEJANDRO
UNITED STATES DISTRICT JUDGE