**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

SCOTT WHITELEY and HARRY BERGER,
Individually and on Behalf of All Others
Similarly Situated,

                    Plaintiffs,

            v.

ZYNERBA PHARMACEUTICALS, INC.,
ARMANDO ANIDO, and JAMES E.
FICKENSCHER,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:19-cv-04959-NIQA

_____

**DECLARATION OF MICHAEL S. DOLUISIO IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Michael S. Doluisio, declare as follows:

1.      I am an attorney licensed to practice in the Commonwealth of Pennsylvania,

admitted into the United States District Court for the Eastern District of Pennsylvania, and am a

partner with the law firm of Dechert LLP, counsel for Defendants Zynerba Pharmaceuticals, Inc.,

Armando Anido and James E. Fickenscher in this action.  I have personal knowledge of the

matters stated herein, and I could, and would, competently testify thereto if called upon as a

witness.

2.      Attached hereto as Exhibits A through P are the true and correct copies of the

following documents:

| EXHIBIT | DOCUMENT DESCRIPTION |
|---------|----------------------|
| A | Zynerba Pharmaceuticals, Inc., 2018 Form 10-K Annual Report (March 11, 2019) |

| | |
|---|---|
| B | Zynerba Pharmaceuticals, Inc., Form10-Q Quarterly Report Q1 (May 8, 2019) |
| C | Zynerba Pharmaceuticals, Inc., June 2019 Corporate Overview Presentation |
| D | Zynerba Pharmaceuticals, Inc., Form 8-K Current Report with attached August 2019 Corporate Overview Presentation (August 6, 2019) |
| E | Zynerba Pharmaceuticals, Inc., 2019 Form10-K Annual Report (March 10, 2020) |
| F | Zynerba Pharmaceuticals, Inc., Form10-Q Quarterly Report Q2 (August 6, 2019) |
| G | Zynerba Pharmaceuticals, Inc., Press Release, Zynerba Pharmaceuticals Announces Top-Line Results for Phase 2 STAR 1 Trial of ZYN002 in Adult Epilepsy Patients with Focal Seizures (Aug. 7, 2017) |
| H | Zynerba Pharmaceuticals, Inc., Press Release, Zynerba Pharmaceuticals Announces that Results from Phase 2 STOP Trial Support Continued Development of ZYN002 in Osteoarthritis (Aug. 14, 2017) |
| I | Zynerba Pharmaceuticals, Inc., Press Release, Zynerba Pharmaceuticals Initiates Open-Label Phase 2 Trial of ZYN002 in Developmental and Epileptic Encephalopathies (DEE) (April 10, 2018) |
| J | Zynerba Pharmaceuticals, Inc., Form 8-K Current Report with attached April 2020 Presentation (April 15, 2020) |
| K | Zynerba Pharmaceuticals, Inc., Prospectus Supplement Rule 424(b)(5) (August 30, 2019) |
| L | Zynerba Pharmaceuticals, Inc., 2017 Form 10-K Annual Report (March 12, 2018) |
| M | Zynerba Pharmaceuticals, Inc., Press Release, Zynerba Pharmaceuticals Announces Positive Top Line Data from BELIEVE 1 Open Label Phase 2 Study of Zygel in Developmental and Epileptic Encephalopathies (DEE) (September 18, 2019) |
| N | Zynerba Pharmaceuticals, Inc., Form 8-K Current Report with attached Exhibit 10.1, Jefferies LLC Open Market Sales Agreement (June 9, 2017) |
| O | Zynerba Pharmaceuticals, Inc., April 2019 Corporate Overview Presentation |

| P | Zynerba Pharmaceuticals, Inc., Zygel (ZYN002 CBD Gel) https://zynerba.com/in-development/zygel (lasted visited April 23, 2020) |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of April, 2020, at Philadelphia, Pennsylvania.

Respectfully submitted,

*/s/ Michael S. Doluisio*
Michael S. Doluisio (Pa. 75060)
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222
E-mail: michael.doluisio@dechert.com

*Attorney for Defendants*