# EXHIBIT D

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

---

# FORM 8–K

---

**CURRENT REPORT**
**Pursuant to Section 13 OR 15 (d)**
**of the Securities Exchange Act of 1934**

Date of Report (Date of Earliest Event Reported): **August 6, 2019**

---

# ZYNERBA PHARMACEUTICALS, INC.

(Exact Name of Issuer as Specified in Charter)

---

| **Delaware** | **001-37526** | **26-0389433** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**80 W. Lancaster Avenue, Suite 300**
**Devon, PA 19333**
(Address of Principal Executive Offices)

**(484) 581-7505**
(Registrant's Telephone Number, Including Area Code)

---

Check the appropriate box below if the Form 8–K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a–12 under the Exchange Act (17 CFR 240.14a–12)

☐ Pre–commencement communications pursuant to Rule 14d–2(b) under the Exchange Act (17 CFR 240.14d–2(b))

☐ Pre–commencement communications pursuant to Rule 13e–4(c) under the Exchange Act (17 CFR 240.13e–4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value per share | ZYNE | The NASDAQ Global Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

**Item 2.02    Results of Operations and Financial Condition**

On August 6, 2019, Zynerba Pharmaceuticals, Inc. issued a press release announcing its financial results and operational highlights for the second quarter ended June 30, 2019.  A copy of this press release is furnished as Exhibit 99.1 hereto.

The information furnished pursuant to this Item 2.02, including Exhibit 99.1, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, and shall not be deemed to be incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such filing.

**Item 8.01    Regulation FD Disclosure**

Attached as Exhibit 99.2 is a presentation, including certain financial information that the Company will post on its website on August 6, 2019 and may use from time to time in presentations or discussions with investors, analysts and other parties.

**Item 9.01    Financial Statements and Exhibits**

The following exhibits are being filed herewith:

**(d) Exhibits**

| Exhibit No. | Document |
| --- | --- |
| 99.1 | Press Release, dated August 6, 2019. |
| 99.2 | Zynerba Pharmaceuticals, Inc. Presentation. |

2

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: August 6, 2019

ZYNERBA PHARMACEUTICALS, INC.

By:  /s/ Suzanne Hanlon
    Name: Suzanne Hanlon
    Title:  Secretary, Vice President and General Counsel

3

**Exhibit 99.1**



**Zynerba Pharmaceuticals Reports Second Quarter 2019 Financial Results**
**and Operational Highlights**

DEVON, Pa., August 6, 2019 — Zynerba Pharmaceuticals, Inc. (NASDAQ:ZYNE), the leader in innovative pharmaceutically-produced transdermal cannabinoid therapies for rare and near-rare neuropsychiatric disorders, today reported financial results for the second quarter ended June 30, 2019 and provided an overview of recent operational highlights.

"The past few months have been very productive for our team," said Armando Anido, Chairman and Chief Executive Officer of Zynerba. "We initiated new studies in autism spectrum disorder and 22q11.2 deletion syndrome, obtained Fast Track Designation for Zygel™ in FXS, enhanced our senior management team with two excellent additions in Medical and Regulatory, received an important new patent for CBD, and were added to the Russell 2000® and 3000® indices. We also extended our cash runway into the second half of 2021 through the addition of $27.0 million in cash from our ATM in the second quarter and a positive decision from the Australian government that will provide us access to an incremental $7.0 to $9.0 million in research and development cash credits. This all sets the stage for the next 12 months to be potentially transformational as we report out on our FXS pivotal trial, and our Phase 2 trials in DEE, ASD and 22q.

Continued Anido, "Regarding the CONNECT-FX study, we believe that pivotal data will now be available in the first half of 2020. We are thrilled with the interest in this study by families who have children with Fragile X syndrome, our investigators, and our advocacy partners. The study design includes specific entrance criteria that have resulted in a higher than predicted screen failure rate. Importantly, these entrance criteria have resulted in an enrolled population with more severe behavioral symptoms than the FAB-C study population. We believe this will enhance the study's ability to demonstrate a strong signal of activity and minimize response variability."

**Second Quarter 2019 and Recent Highlights**

***Zygel in Fragile X Syndrome (FXS)***

*Fragile X Syndrome Pivotal Data Expected in the First Half of 2020*

Enrollment is progressing in CONNECT-FX, a pivotal, multi-national, randomized, double blind, placebo-controlled trial evaluating the efficacy and safety of Zygel (ZYN002 CBD gel) in treating common behavioral symptoms of FXS in three through 17-year old patients with FXS. Clinical investigative sites are enrolling patients in the United States, Australia, and New Zealand. The Company expects to report top line data in the

1

first half of 2020. If the data are positive, the Company expects to submit its New Drug Application (NDA) for Zygel in FXS to the U.S. Food and Drug Administration (FDA) in the second half of 2020, with potential approval by mid-year 2021.

*Patients Enrolling Into CONNECT-FX Open Label Extension*

Upon completion of the double blind placebo controlled portion of the CONNECT-FX study, patients are eligible to enroll into a 12-month extension study. At this point, all patients who have completed the double-blind phase of the study have enrolled into the extension phase.

*Received Fast Track Designation for Zygel for Treatment of Behavioral Symptoms Associated with FXS*

FDA's Fast Track program is designed to facilitate the development of drugs intended to treat serious conditions and fill unmet medical needs and can lead to expedited review by FDA in order to get new important drugs to the patient earlier. This designation is in addition to the previously received Orphan Drug designation.

### Zygel in Developmental and Epileptic Encephalopathies (DEE)

*Topline Results Expected in September 2019*

The Company expects to announce topline data from BELIEVE 1, an open label multi-dose Phase 2 clinical trial evaluating the efficacy and safety of Zygel in children and adolescents (three through 17 years) with various DEEs, in September 2019. The primary efficacy assessment is reduction in seizure frequency at week 26 compared to baseline.

### Zygel in Autism Spectrum Disorder (ASD)

*Enrollment Ongoing in Phase 2 Open Label Trial of Zygel in ASD; Data Expected in the First Half of 2020*

The Company initiated the Phase 2 BRIGHT trial in March 2019 to assess the safety, tolerability and efficacy of Zygel for the treatment of child and adolescent patients with ASD. The 14-week trial is designed to evaluate the efficacy and safety of Zygel in approximately 36 children and adolescents (ages four through 17) with ASD as confirmed by DSM-5 diagnostic criteria for ASD. The efficacy assessments include the Aberrant Behavior Checklist, Parent Rated Anxiety Scale — Autism Spectrum Disorder, Autism Impact Measure, and Clinical Global Impression — Severity and Improvement. Zynerba expects to present topline data from this study in the first half of 2020.

*Announced Receipt of New U.S. Patent for Treatment of ASD with Cannabidiol (CBD)*

The U.S. Patent and Trademark Office issued U.S. Patent No. 10,314,792 titled "Treatment of Autism Spectrum Disorder with Cannabidiol" which includes claims directed to methods of treating autism spectrum disorder by administering a therapeutically effective amount of synthetic cannabidiol. This new patent expires in 2038 and is part of an expanding intellectual property portfolio covering Zygel.

***Zygel in 22q11.2 Deletion Syndrome (22q)***

*Announced Initiation of Phase 2 Open Label Trial of Zygel in 22q; Data Expected in the First Half of 2020*

The Company initiated the 14-week Phase 2 INSPIRE trial in May 2019 to evaluate the safety, tolerability and efficacy of Zygel in approximately 20 children and adolescents (ages six through 17) with genetically-confirmed 22q. The efficacy assessments include the Aberrant Behavior Checklist-Community (ABC-C), the Anxiety, Depression and Mood Scale (ADAMS), the Qualitative Caregiver Reported Behavioral Problem Survey, and Clinical Global Impression — Severity and Improvement.

***Corporate***

*Advance Overseas Finding Approved by AusIndustry; Expected to Generate $7.0 to $9.0 Million*

In July, 2019 the Australian government's Department of Industry, Innovation and Science (AusIndustry) responded to an Advance Overseas Finding (AOF) application submitted by Zynerba that will allow certain research and development expenses incurred with respect to Zygel outside of Australia to be eligible for the Australian research and development tax incentive program. As a result of this finding, the Company is eligible to receive a cash refund from the Australian Taxation Office for the qualifying research and development costs expended outside of Australia in 2018, 2019 and 2020. Management believes that this decision will generate an incremental $7.0 to $9.0 million in cash tax credits over the next 18 to 24 months.

*Enhanced Senior Management Team*

Joseph Palumbo, M.D. recently joined the Company as Chief Medical Officer. He has over 30 years of experience in areas including neurology and neuro-degeneration, psychiatry and behavioral medicine, cognition, and orphan conditions in companies and institutions including Mitsubishi Tanabe, Johnson & Johnson/Janssen, Sanofi-Synthelabo, Cephalon, Yale, Cornell, and the University of Pennsylvania. Dr. Palumbo is Board Certified

3

in Psychiatry and has worked on the approval of therapeutics for neuropsychiatric disorders including Radicava® (edaravone), Risperdal® (risperidone), and Invega® (paliperidone)(1).

"I believe that the critical clinical research that Zynerba is performing has the potential to change treatment paradigms in neuropsychiatric disorders," commented Dr. Palumbo. "If the ongoing studies are successful, and if Zygel is approved, there is real hope to see dramatic improvement in the daily lives of the families affected by conditions such as Fragile X. I'm very excited to join a seasoned, international team of individuals who have experienced success in all aspects of pharmaceutical drug development in the past, and I look forward to being part of Zynerba's continued growth and evolution."

Pam Swiggard, M.S. has joined Zynerba as Vice President, Regulatory Affairs and Quality. She is a senior pharmaceutical executive with nearly 30 years of experience in areas including clinical trial management, regulatory affairs, and quality with companies including Fibrocell Science, Inc., Trevena Inc., Endo Pharmaceuticals, and Wyeth Pharmaceuticals.

*Company Added to Russell Indexes*

The Company was added as a member of the U.S. all-cap Russell 3000® and small-cap Russell 2000® Indexes at the conclusion of the 2019 Russell indexes annual reconstitution at the open of the U.S. markets on July 1, 2019.

**Second Quarter 2019 Financial Results**

As of June 30, 2019, cash and cash equivalents were $88.7 million, compared to $59.8 million as of December 31, 2018. Included in this cash and cash equivalents position is $27.0 million in net proceeds, after deducting commissions and offering expenses, from 2,082,031 shares sold and issued at a weighted average selling price of $13.50 per share during the second quarter of 2019 under an Open Market Sales Agreement, or "at-the-market" (ATM) offering program, with Jefferies LLC.

Research and development expenses for the second quarter of 2019 were $8.2 million, including stock-based compensation of $0.7 million. General and administrative expenses for the second quarter of 2019 were $3.3 million, including stock-based compensation expense of $0.8 million. The net loss for the second quarter of 2019 was $11.1 million with basic and diluted net loss per share of $(0.50).

---

(1) Radicava is a trademark of Mitsubishi Tanabe Pharma Corporation. Risperdal and Invega are registered trademarks of Janssen Pharmaceuticals, Inc.

4

**Financial Outlook**

The Company's cash and cash equivalent position as of June 30, 2019 was $88.7 million. Management believes that the cash and cash equivalent position including proceeds anticipated from the Australian AOF is sufficient to fund operations and capital requirements beyond the expected NDA submission and potential approval of Zygel in FXS and into the second half of 2021.

**About Zynerba Pharmaceuticals, Inc.**

Zynerba Pharmaceuticals is the leader in pharmaceutically-produced transdermal cannabinoid therapies for rare and near-rare neuropsychiatric disorders. We are committed to improving the lives of patients and their families living with severe, chronic health conditions including Fragile X syndrome, autism spectrum disorder, 22q11.2 deletion syndrome, and a heterogeneous group of rare and ultra-rare epilepsies known as developmental and epileptic encephalopathies. Learn more at www.zynerba.com and follow us on Twitter at @ZynerbaPharma.

**Cautionary Note on Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of The Private Securities Litigation Reform Act of 1995. We may, in some cases, use terms such as "predicts," "believes," "potential," "proposed," "continue," "estimates," "anticipates," "expects," "plans," "intends," "may," "could," "might," "will," "should" or other words that convey uncertainty of future events or outcomes to identify these forward-looking statements. Such statements are subject to numerous important factors, risks and uncertainties that may cause actual events or results to differ materially from the Company's current expectations. Management's expectations and, therefore, any forward-looking statements in this press release could also be affected by risks and uncertainties relating to a number of other factors, including the following: the Company's cash and cash equivalents may not be sufficient to support its operating plan for as long as anticipated; the Company's ability to obtain additional funding to support its clinical development programs; the results, cost and timing of the Company's clinical development programs, including any delays to such clinical trials relating to enrollment or site initiation; clinical results for the Company's product candidates may not be replicated or continue to occur in additional trials and may not otherwise support further development in a specified indication or at all; actions or advice of the U.S. Food and Drug Administration and foreign regulatory agencies may affect the design, initiation, timing, continuation and/or progress of clinical trials or result in the need for additional clinical trials; the Company's ability to obtain and maintain regulatory approval for its product candidates, and the labeling under any such approval; the Company's reliance on third parties to assist in conducting pre-clinical and clinical trials for its product candidates; delays, interruptions or failures in the manufacture and supply of the Company's product candidates the Company's ability to commercialize its product candidates; the size and growth potential of the markets for the Company's product candidates, and the Company's ability to service those markets; the

5

Company's ability to develop sales and marketing capabilities, whether alone or with potential future collaborators; the rate and degree of market acceptance of the Company's product candidates; and the Company's expectations regarding its ability to obtain and adequately maintain sufficient intellectual property protection for its product candidates. This list is not exhaustive and these and other risks are described in the Company's periodic reports, including the annual report on Form 10-K, quarterly reports on Form 10-Q and current reports on Form 8-K, filed with or furnished to the Securities and Exchange Commission and available at www.sec.gov. Any forward-looking statements that the Company makes in this press release speak only as of the date of this press release. The Company assumes no obligation to update forward-looking statements whether as a result of new information, future events or otherwise, after the date of this press release.

6

**ZYNERBA PHARMACEUTICALS, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(unaudited)**

| | Three months ended June 30, | | Six months ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| Operating expenses: | | | | |
| Research and development | $ 8,223,783 | $ 8,533,466 | $ 14,530,495 | $ 17,508,979 |
| General and administrative | 3,287,276 | 3,436,340 | 6,446,933 | 6,856,963 |
| Total operating expenses | 11,511,059 | 11,969,806 | 20,977,428 | 24,365,942 |
| Loss from operations | (11,511,059) | (11,969,806) | (20,977,428) | (24,365,942) |
| Other income (expense): | | | | |
| Interest income | 439,201 | 186,304 | 790,152 | 361,488 |
| Foreign exchange loss | (63,327) | (223,731) | (94,926) | (309,113) |
| Total other income (expense) | 375,874 | (37,427) | 695,226 | 52,375 |
| Net loss | $ (11,135,185) | $ (12,007,233) | $ (20,282,202) | $ (24,313,567) |
| | | | | |
| Net loss per share - basic and diluted | $ (0.50) | $ (0.89) | $ (0.98) | $ (1.80) |
| | | | | |
| Basic and diluted weighted average shares outstanding | 22,116,758 | 13,504,485 | 20,791,784 | 13,486,191 |
| | | | | |
| Non-cash stock-based compensation included above: | | | | |
| Research and development | $ 675,953 | $ 776,386 | $ 1,342,132 | $ 1,524,630 |
| General and administrative | 805,752 | 979,473 | 1,635,865 | 1,918,253 |
| Total | $ 1,481,705 | $ 1,755,859 | $ 2,977,997 | $ 3,442,883 |

7

**ZYNERBA PHARMACEUTICALS, INC.**
**CONSOLIDATED BALANCE SHEETS**

| | (unaudited) June 30, 2019 | December 31, 2018 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 88,661,332 | $ 59,763,773 |
| Incentive and tax receivables | 3,407,677 | 3,444,620 |
| Prepaid expenses and other current assets | 1,501,924 | 3,747,087 |
| Total current assets | 93,570,933 | 66,955,480 |
| Property and equipment, net | 332,076 | 371,963 |
| Incentive and tax receivables | 1,459,830 | — |
| Right-of-use assets | 206,250 | — |
| Total assets | $ 95,569,089 | $ 67,327,443 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 3,742,146 | $ 4,461,567 |
| Accrued expenses | 6,027,522 | 5,264,215 |
| Lease liabilities | 216,014 | — |
| Total current liabilities | 9,985,682 | 9,725,782 |
| Total liabilities | 9,985,682 | 9,725,782 |
| | | |
| Stockholders' equity: | | |
| Common stock | 23,198 | 17,627 |
| Additional paid-in capital | 223,734,452 | 175,476,075 |
| Accumulated deficit | (137,174,243) | (117,892,041) |
| Total stockholders' equity | 86,583,407 | 57,601,661 |
| Total liabilities and stockholders' equity | $ 96,569,089 | $ 67,327,443 |

**Zynerba Contacts**

Jim Fickenscher, CFO and VP Corporate Development
Zynerba Pharmaceuticals
484.581.7483
fickenscherj@zynerba.com

Will Roberts, VP Investor Relations and Corporate Communications
Zynerba Pharmaceuticals
484.581.7489
robertsw@zynerba.com

8

Exhibit 99.2



# Forward-Looking Statements

THE STATEMENTS IN THIS PRESENTATION MAY INCLUDE FORWARD-LOOKING STATEMENTS WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995. THESE STATEMENTS, AMONG OTHER THINGS RELATE TO THE FUTURE OPERATIONS, OPPORTUNITIES OR FINANCIAL PERFORMANCE OF ZYNERBA PHARMACEUTICALS, INC. WE MAY, IN SOME CASES, USE TERMS SUCH AS "PREDICTS," "BELIEVES," "POTENTIAL," "PROPOSED," "CONTINUE," "ESTIMATES," "ANTICIPATES," "EXPECTS," "PLANS," "INTENDS," "MAY," "COULD," "MIGHT," "WILL," "SHOULD" OR OTHER WORDS THAT CONVEY UNCERTAINTY OF FUTURE EVENTS OR OUTCOMES TO IDENTIFY THESE FORWARD-LOOKING STATEMENTS. SUCH STATEMENTS ARE SUBJECT TO NUMEROUS IMPORTANT FACTORS, RISKS AND UNCERTAINTIES THAT MAY CAUSE ACTUAL EVENTS OR RESULTS TO DIFFER MATERIALLY FROM THE COMPANY'S CURRENT EXPECTATIONS, INCLUDING THE FOLLOWING: THE COMPANY'S CASH AND CASH EQUIVALENTS MAY NOT BE SUFFICIENT TO SUPPORT ITS OPERATING PLAN FOR AS LONG AS ANTICIPATED; THE RESULTS, COST AND TIMING OF THE COMPANY'S CLINICAL DEVELOPMENT PROGRAMS, INCLUDING ANY DELAYS TO SUCH CLINICAL TRIALS RELATING TO ENROLLMENT OR SITE INITIATION; CLINICAL RESULTS FOR THE COMPANY'S PRODUCT CANDIDATES MAY NOT BE REPLICATED OR CONTINUE TO OCCUR IN ADDITIONAL TRIALS AND MAY NOT OTHERWISE SUPPORT FURTHER DEVELOPMENT IN A SPECIFIED INDICATION OR AT ALL; ACTIONS OR ADVICE OF THE U.S. FOOD AND DRUG ADMINISTRATION AND FOREIGN REGULATORY AGENCIES MAY AFFECT THE DESIGN, INITIATION, TIMING, CONTINUATION AND/OR PROGRESS OF CLINICAL TRIALS OR RESULT IN THE NEED FOR ADDITIONAL CLINICAL TRIALS; THE COMPANY'S ABILITY TO OBTAIN AND MAINTAIN REGULATORY APPROVAL FOR ITS PRODUCT CANDIDATES, AND THE LABELING UNDER ANY SUCH APPROVAL; AND THE COMPANY'S EXPECTATIONS REGARDING ITS ABILITY TO OBTAIN AND ADEQUATELY MAINTAIN SUFFICIENT INTELLECTUAL PROPERTY PROTECTION FOR ITS PRODUCT CANDIDATES. THESE AND OTHER RISKS ARE DESCRIBED IN OUR FILINGS WITH THE SECURITIES AND EXCHANGE COMMISSION, AVAILABLE AT WWW.SEC.GOV. ANY FORWARD-LOOKING STATEMENTS THAT THE COMPANY MAKES IN THIS PRESENTATION SPEAK ONLY AS OF THE DATE OF THIS PRESENTATION. THE COMPANY ASSUMES NO OBLIGATION TO UPDATE FORWARD-LOOKING STATEMENTS WHETHER AS A RESULT OF NEW INFORMATION, FUTURE EVENTS OR OTHERWISE, AFTER THE DATE OF THIS PRESENTATION.

© 2019 Zynerba Pharmaceuticals, Inc. All rights reserved. Zynerba and Zygel are trademarks of Zynerba Pharmaceuticals, Inc. All other trademarks and registered trademarks are property of their respective owners.

2

# Zynerba Pharmaceuticals (NASDAQ: ZYNE)

## A Rare/Near-Rare Neuropsychiatric Company

- Deep pipeline focused on high unmet medical needs; translating into multi-billion dollar market opportunity with Zygel™
    - Four clinical shots on goal: FXS, DEE, ASD, 22q
- Experienced team
    - Proven development and commercialization track record in transdermal delivery, orphan diseases, neurology, psychiatry
- Well capitalized
    - Cash runway expected into the second half of 2021 - beyond the expected NDA filing and potential approval in FXS
- Multiple expected near term milestones



3

# Deep Clinical Pipeline

 

**Zygel**
Cannabidiol Gel



| Indication | Preclinical | Phase 1 | Phase 2 | Pivotal | 2019/2020 Milestones |
|---|---|---|---|---|---|
| Fragile X Syndrome (FXS)* | | | | | |
| CONNECT-FX | | | | | Top line pivotal CONNECT-FX data: 1H2020<br>File FXS NDA: 2H2020 |
| FAB-C Open Label Extension | | | | | Additional long term FAB-C data |
| Developmental and Epileptic Encephalopathies (DEE) | | | | | |
| BELIEVE 1 | | | | | Top line BELIEVE 1 data: September 2019 |
| Autism Spectrum Disorder (ASD) | | | | | |
| BRIGHT | | | | | Initiate Phase 2 open label study: 1H2019 ☑<br>Top line BRIGHT data: 1H2020 |
| 22q Deletion Syndrome (22q) | | | | | |
| INSPIRE | | | | | Initiate Phase 2 open label study: 2Q2019 ☑<br>Top line INSPIRE data: 1H2020 |
| Adult Refractory Focal Epilepsy | | | | | |
| STAR 2 Open Label Extension | | | | | |
| Other neuropsychiatric conditions | | | | | |
| | | | | | Assess other neuropsychiatric conditions:<br>2019 & 2020 |

*Orphan Drug Designation



4

# Zygel (ZYN002) Cannabidiol (CBD) Gel

**Differentiated**    **Transdermal**    **Unique MOA**    **Neuropsych Indications**

   

First & only patent-protected, permeation-enhanced, pharmaceutically-produced CBD gel

Formulation delivers CBD through the epidermis and into the circulatory system

CBD modulates multiple receptors and mediates numerous pathways, including the endocannabinoid pathway

Potential utility in rare / near-rare neuropsychiatric conditions

FDA Fast Track and Orphan Drug designations in FXS



5



Fragile X Syndrome (FXS)

# Fragile X Syndrome (FXS) Overview

- Rare genetic developmental disability
- Leading known cause of both inherited intellectual disability and autism spectrum disorder
- Symptoms linked to deficiencies in the endocannabinoid (EC) system
  - System of neurotransmitters regulating emotional responses, behavioral reactivity to context, social interaction
  - FMR1 mutation causes dysregulation of the EC system
  - Results in core cognitive, social, and behavioral symptoms of FXS
  - CBD may modulate EC system
    - Increases availability of endocannabinoids (anandamide, 2-AG) by inhibiting metabolism
- Affects ~71K people in U.S.
- No approved drugs indicated for FXS



7

# Recent Development Progress in FXS

- Received FDA Fast Track designation for treatment of behavioral symptoms associated with FXS

- Recently issued US patent directed to methods of treating FXS with cannabidiol extends IP protection to 2038

- Presented 12-month FAB-C open label Phase 2 data at American Psychiatric Association meeting (APA; May 2019)
    - Statistical improvement from baseline in FXS phenotypic behaviors including social avoidance, anxiety, and irritability
    - Three month improvements sustained through 12 months of treatment
    - Excellent tolerability profile

- Enrollment ongoing in CONNECT-FX: a pivotal trial in pediatric and adolescent patients with FXS
    - Top line results expected in 1H2020



8



# FAB-C Open Label Phase 2 Trial Design

## Treatment of Fragile X Syndrome Anxiety and Behavioral Challenges with CBD





*As of July 31, 2019

9

# FAB-C Open Label Phase 2



## Month Three: ABC-C$_{FXS}$ Mean Score





10



# FAB-C ABC-C$_{FXS}$ Subscales

## Month Three: Percent Improvement vs. 3rd Party Data*



\* Ligsay, A., Van Dijck, A., Nguyen, D. V., Lozano, R., Chen, Y., Bickel, E. S., et al. (2017). A randomized double-blind, placebo-controlled trial of ganaxolone in children and adolescents with fragile x syndrome. Journal of Neurodevelopmental Disorders, 9:26.

11



# FAB-C Open Label Phase 2

## Month 3 and 12: ABC-C$_{FXS}$ Mean Score



Percent Improvement in Behavioral Symptoms of FXS

Patients Completing 12 Months

Month 3 (n=12)   Month 12 (n=9)

*P ≤ 0.05

Data from American Psychiatric Association (APA) meeting, May 2019

12

# FAB-C Open Label Phase 2



## Zygel Safety Summary Through 12 Months

- Well tolerated, consistent with previously reported data; no SAEs
- No clinically meaningful trends in vital signs, ECG, or clinical safety labs including LFTs; no THC detected in plasma
- Discontinuations
    - Two siblings discontinued in Period 1
        - One for worsening of pre-existing eczema (not considered Tx-related)
        - One due to administrative reasons
    - Three patients discontinued in Period 2 (administrative reasons; non-compliance)
- Little to no redness at application site
    - One patient developed moderate application site rash (resolved, did not recur); remains in the study
- TEAEs mild or moderate
    - Most common: Gastroenteritis (14%), URTI (12%)
    - All resolved during study period



13



# CONNECT-FX: A Pivotal Trial In FXS

Clinical study Of CaNNabidiol (CBD) in ChildrEn and AdolesCenTs with Fragile X (CONNECT-FX)





14

# CONNECT-FX: A Pivotal Trial In FXS

- Primary endpoint:
  - Change from baseline to end of treatment in ABC-C$_{FXS}$ Social Avoidance subscale

- Key secondary endpoints:
  - Change from baseline to end of the treatment in
    - ABC-C$_{FXS}$ Irritability subscale score
    - ABC-C$_{FXS}$ Socially Unresponsive/Lethargic subscale score
  - Improvement in CGI-I (anchored to FXS behaviors) at end of treatment

- Aligned with FDA's 'Voice of the Patient' Guidance
  - Capturing qualitative data on clinical relevance of FXS behaviors



15

# CONNECT-FX



## Top Line Results Expected in 1H2020

- With positive results, Zynerba intends to request a meeting with the FDA to:
  - Determine acceptability of data as basis for NDA filing
  - Seek advice on marketing authorization preparation
- Zynerba believes indication may include the treatment of behavioral symptoms associated with FXS
- Evaluating opportunities for FDA breakthrough status and/or priority review



16



# DEE Overview



- Heterogeneous group of rare / ultra rare epilepsy syndromes

- Severe cognitive impairment and behavioral disturbances

- Affects ~45K U.S. children & adolescents

- Syndromes involve:
  - Impaired development (developmental encephalopathies)
  - Regression of developmental progress (epileptic encephalopathies)

- Often progressive; highly resistant to treatment

- Improved seizure control may positively impact development and quality of life

DEE includes syndromes such as:

Doose Syndrome

Dravet Syndrome

Early Myoclonic Encephalopathy

Juvenile Myoclonic Epilepsy (JME)

Landau-Kleffner Syndrome

Lennox-Gastaut Syndrome (LGS)

Ohtahara Syndrome

West Syndrome / Infantile Spasms

18

# Developing Zygel in DEE



## Enrollment Complete in BELIEVE 1 Trial

- Compelling rationale for utility of CBD in DEE
  - Third party clinical data show impact of CBD on seizures and behavioral issues in children
- Patient enrollment in BELIEVE 1 Phase 2 study complete
  - Six month multi-dose study in DEE patients (3 through 17 years)
  - Being conducted in Australia and New Zealand
  - Inclusion criteria require ≥5 generalized motor seizures during baseline
  - ~27% have Dravet or LGS
  - Primary efficacy assessment: change in seizure frequency
- Top line results expected in September 2019



19

# BELIEVE 1 Phase 2 Trial in DEE



**Open LaBel Study to Assess the Safety and Efficacy of ZYN002 Administered as a TransdermaL Gel to ChIldren and AdolEscents with DeVelopmental and Epileptic Encephalopathy**





20



# ASD in Pediatrics Overview



- Near-rare disorder affecting <1MM pediatric and adolescent pts
- DSM-5 diagnosis
  - Includes Autistic disorder, Asperger's syndrome, and Pervasive Development Disorder-not otherwise specified (PDD-NOS)
- Symptoms include
  - Anxiety
  - Restricted, repetitive patterns of behavior
  - Impairments in social communication
  - Deficits in verbal and non-verbal communication
  - Deficits in developing, understanding and maintaining relationships
- Most diagnosed after age 4; can be diagnosed as early as age 2
- Significant unmet medical need
  - Accelerating rate of diagnosis but only two FDA approved products
    - Both atypical antipsychotics have significant side effect profile
    - Neither approved to address the key symptoms of social impairment and anxiety



22

# Developing Zygel in ASD



- Newer studies suggest ASD is linked to disruption in the EC system
  - Altered anandamide signaling may contribute to ASD-related social and communication impairments
  - EC system modulates many cellular functions and molecular pathways altered in ASD: imbalanced GABAergic, glutamatergic transmission, oxidative stress, immune dysregulation and altered energy metabolism
- Clinical and anecdotal data show improvement in social avoidance and anxiety in children with CBD
  - CBD may modulate the EC system and improve certain autism-related behaviors
- Recent US patent directed to methods of treating ASD with synthetic cannabidiol provides IP protection to 2038
- Phase 2 study underway in pediatric and adolescent patients with ASD
- Top line results expected in 1H2020



23

# BRIGHT Phase 2 Trial in ASD



## Open-LaBel ToleRabllity and Efficacy Study of ZYN002 Administered as a Transdermal Gel to CHildren and AdolescenTs with Autism Spectrum Disorder

**Enrollment ongoing**



Efficacy assessments (week 14 vs baseline) include:

- Aberrant Behavior Checklist
- Parent Rated Anxiety Scale – Autism Spectrum Disorder
- Autism Impact Measure
- Clinical Global Impression – Severity and Improvement



24



# 22q Overview



- Most common contiguous gene deletion syndrome
- Rare disorder: ~81K patients in US
- Midline condition with abnormalities affecting palate, face, heart and other organs; surgically corrected in infancy
- Neuropsychiatric illnesses (anxiety disorders, ASD) and learning disabilities common and impactful
  - 22q associated with increased anxiety, withdrawn behavior and social interaction problems
  - Early onset of neuropsychiatric symptoms disrupts development and QOL, and heightens risk of later psychotic disorders
    - 25-fold increased risk of developing schizophrenia vs. 1% lifetime risk in general population



26

# 22q Patient Management



- Two primary stages of 22q patient management:
  - During infancy, doctors address acute physical concerns, such as anomalies of heart and palate, with surgery
  - Once the physical concerns are stabilized, focus shifts to managing neuropsychiatric symptoms, such as anxiety and autistic behaviors
- No approved drugs indicated for 22q



27

# Developing Zygel in 22q



- CBD may treat neuropsychiatric symptoms in 22q due to activity as:
  - Agonist at serotonin 1A receptors
  - Antagonist at GPR55 receptors
  - Modulator of endocannabinoid system
- Early control of anxiety may delay the development of psychosis
- Phase 2 study underway in pediatric and adolescent patients with 22q
- Top line results expected in 1H2020



28

# INSPIRE Phase 2 Trial in 22q



### Assessing the Impact of Zygel (Transdermal CBD Gel) on Pediatric Behavioral and Emotional Symptoms of 22q11.2 Deletion Syndrome

**Enrollment ongoing**



**14 Weeks: ONGOING**

Target:
20 patients
Six through 17 years of age

Screening → **Zygel** 14 Weeks → Follow up assessments Week 16 / 17

Weight based dosing:
250 mg to 500 mg daily

Efficacy assessments (week 14 vs baseline) include:

- Aberrant Behavior Checklist-Community (ABC-C)
- Anxiety, Depression and Mood Scale (ADAMS)
- Qualitative Caregiver Reported Behavioral Problem Survey
- Clinical Global Impression – Severity and Improvement



29

# Financial Strength

- Clean balance sheet
  - No debt, 23.2M shares outstanding (as of August 6, 2019)

- Cash and cash equivalent position of $88.7M as of June 30, 2019
  - Includes net proceeds of $27.0M from 2.1M shares sold and issued at a weighted average selling price of $13.50 per share during the second quarter of 2019 under ATM

- Advance Overseas Finding expected to generate an incremental $7.0 to $9.0 million over the next 18 to 24 months

- Cash expected to be sufficient to fund operations and capital requirements into the second half of 2021 - beyond the expected NDA submission and potential approval in FXS



30

# Expected Milestones into 2020



