# EXHIBIT J

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 8–K

**CURRENT REPORT**
**Pursuant to Section 13 OR 15 (d)**
**of the Securities Exchange Act of 1934**

Date of Report (Date of Earliest Event Reported): **April 15, 2020**

# ZYNERBA PHARMACEUTICALS, INC.

(Exact Name of Issuer as Specified in Charter)

| **Delaware** | **001-37526** | **26-0389433** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**80 W. Lancaster Avenue, Suite 300**
**Devon, PA 19333**
(Address of Principal Executive Offices)

**(484) 581-7505**
(Registrant's Telephone Number, Including Area Code)

Check the appropriate box below if the Form 8–K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a–12 under the Exchange Act (17 CFR 240.14a–12)

☐  Pre–commencement communications pursuant to Rule 14d–2(b) under the Exchange Act (17 CFR 240.14d–2(b))

☐  Pre–commencement communications pursuant to Rule 13e–4(c) under the Exchange Act (17 CFR 240.13e–4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value per share | ZYNE | The NASDAQ Global Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

**Item 8.01    Other Events**

On April 15, 2020, Zynerba Pharmaceuticals, Inc. (the "Company") posted on its website a slide presentation, which is attached as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated herein by reference. Representatives of the Company will use the presentation in various meetings with investors, analysts and other parties from time to time.

**Item 9.01    Financial Statements and Exhibits**

The following exhibits are being filed herewith:

**(d) Exhibits**

| Exhibit No. | Document |
| --- | --- |
| 99.1 | Zynerba Pharmaceuticals, Inc. Presentation |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: April 15, 2020

ZYNERBA PHARMACEUTICALS, INC.

By:    /s/ Suzanne Hanlon
       Name: Suzanne Hanlon
       Title: Secretary, Vice President and General Counsel

Exhibit 99.1



# Forward-Looking Statements

THE STATEMENTS IN THIS PRESENTATION MAY INCLUDE FORWARD-LOOKING STATEMENTS WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995. THESE STATEMENTS, AMONG OTHER THINGS RELATE TO THE FUTURE OPERATIONS, OPPORTUNITIES OR FINANCIAL PERFORMANCE OF ZYNERBA PHARMACEUTICALS, INC. WE MAY, IN SOME CASES, USE TERMS SUCH AS "PREDICTS," "BELIEVES," "POTENTIAL," "PROPOSED," "CONTINUE," "ESTIMATES," "ANTICIPATES," "EXPECTS," "PLANS," "INTENDS," "MAY," "COULD," "MIGHT," "WILL," "SHOULD" OR OTHER WORDS THAT CONVEY UNCERTAINTY OF FUTURE EVENTS OR OUTCOMES TO IDENTIFY THESE FORWARD-LOOKING STATEMENTS. SUCH STATEMENTS ARE SUBJECT TO NUMEROUS IMPORTANT FACTORS, RISKS AND UNCERTAINTIES THAT MAY CAUSE ACTUAL EVENTS OR RESULTS TO DIFFER MATERIALLY FROM THE COMPANY'S CURRENT EXPECTATIONS, INCLUDING THE FOLLOWING: THE COMPANY'S CASH AND CASH EQUIVALENTS MAY NOT BE SUFFICIENT TO SUPPORT ITS OPERATING PLAN FOR AS LONG AS ANTICIPATED; THE RESULTS, COST AND TIMING OF THE COMPANY'S CLINICAL DEVELOPMENT PROGRAMS, INCLUDING ANY DELAYS TO SUCH CLINICAL TRIALS RELATING TO ENROLLMENT OR SITE INITIATION; CLINICAL RESULTS FOR THE COMPANY'S PRODUCT CANDIDATES MAY NOT BE REPLICATED OR CONTINUE TO OCCUR IN ADDITIONAL TRIALS AND MAY NOT OTHERWISE SUPPORT FURTHER DEVELOPMENT IN A SPECIFIED INDICATION OR AT ALL; ACTIONS OR ADVICE OF THE U.S. FOOD AND DRUG ADMINISTRATION AND FOREIGN REGULATORY AGENCIES MAY AFFECT THE DESIGN, INITIATION, TIMING, CONTINUATION AND/OR PROGRESS OF CLINICAL TRIALS OR RESULT IN THE NEED FOR ADDITIONAL CLINICAL TRIALS; THE COMPANY'S ABILITY TO OBTAIN AND MAINTAIN REGULATORY APPROVAL FOR ITS PRODUCT CANDIDATES, AND THE LABELING UNDER ANY SUCH APPROVAL; AND THE COMPANY'S EXPECTATIONS REGARDING ITS ABILITY TO OBTAIN AND ADEQUATELY MAINTAIN SUFFICIENT INTELLECTUAL PROPERTY PROTECTION FOR ITS PRODUCT CANDIDATES. THESE AND OTHER RISKS ARE DESCRIBED IN OUR FILINGS WITH THE SECURITIES AND EXCHANGE COMMISSION, AVAILABLE AT WWW.SEC.GOV. ANY FORWARD-LOOKING STATEMENTS THAT THE COMPANY MAKES IN THIS PRESENTATION SPEAK ONLY AS OF THE DATE OF THIS PRESENTATION. THE COMPANY ASSUMES NO OBLIGATION TO UPDATE FORWARD-LOOKING STATEMENTS WHETHER AS A RESULT OF NEW INFORMATION, FUTURE EVENTS OR OTHERWISE, AFTER THE DATE OF THIS PRESENTATION.

© 2020 Zynerba Pharmaceuticals, Inc. All rights reserved. Zynerba and Zygel are trademarks of Zynerba Pharmaceuticals, Inc. All other trademarks and registered trademarks are property of their respective owners.

2

# Zynerba Pharmaceuticals (NASDAQ: ZYNE)

## A Rare/Near-Rare Neuropsychiatric Company

- Deep pipeline focused on high unmet medical needs; translating into multi-billion dollar market opportunity with Zygel™(CBD gel)
  - Four clinical shots on goal: FXS, DEE, ASD, 22q
  - Enrollment complete in pivotal CONNECT-FX FXS trial and in Phase 2 BRIGHT ASD study
    - Topline data expected from both trials in 2Q2020
- Experienced team
  - Proven development and commercialization track record in transdermal delivery, orphan diseases, neurology, psychiatry
- Well capitalized
  - Cash runway expected into the second half of 2021 - beyond the expected NDA filing and potential approval in FXS
- Multiple expected near term milestones



3

# COVID-19 Preparedness

- We believe we have made smart and actionable adjustments in response to COVID-19:
  - These include remote site monitoring and remote visits using telemedicine where needed
  - Our approach is consistent with FDA's Guidance on Conduct of Clinical Trials of Medical Products during COVID-19 Pandemic
- As of now, our timelines for delivery of top line results from all of our ongoing trials remain unchanged
  - Includes our expectation of results from our pivotal CONNECT-FX trial in FXS late in the second quarter of 2020



4

# Deep Clinical Pipeline



**Zygel**
Cannabidiol Gel

| Indication | Preclinical | Phase 1 | Phase 2 | Pivotal | Expected Milestones |
|---|---|---|---|---|---|
| Fragile X Syndrome (FXS)* | | | | | |
| | CONNECT-FX: Enrollment complete | | | | Topline pivotal data in late 2Q2020 |
| Developmental and Epileptic Encephalopathies (DEE) | | | | | |
| | BELIEVE 1: Complete | | | | Discussions with FDA in 1H2020 to define clinical path forward |
| Autism Spectrum Disorder (ASD) | | | | | |
| | BRIGHT: Enrollment complete | | | | Topline Phase 2 data in 2Q2020 |
| 22q Deletion Syndrome (22q) | | | | | |
| | INSPIRE | | | | Topline Phase 2 data in 3Q2020 |

*Orphan Drug Designation



5

# Zygel (ZYN002) Cannabidiol (CBD) Gel

**Differentiated**  **Transdermal**  **Unique MOA**  **Neuropsych Indications**

   

First & only patent-protected, permeation-enhanced, pharmaceutically-produced CBD gel

Formulation delivers CBD through the epidermis and into the circulatory system

CBD modulates multiple receptors and mediates numerous pathways, including the endocannabinoid pathway

Potential utility in rare / near-rare neuropsychiatric conditions

**FDA Fast Track and Orphan Drug designations in FXS**



6



# Fragile X Syndrome (FXS) Overview

- Rare genetic developmental disability
- Leading known cause of both inherited intellectual disability and autism spectrum disorder
- Symptoms linked to deficiencies in the endocannabinoid (EC) system
  - System of neurotransmitters regulating emotional responses, behavioral reactivity to context, social interaction
  - FMR1 mutation causes dysregulation of the EC system
  - Results in core cognitive, social, and behavioral symptoms of FXS
  - CBD may modulate EC system
    - Increases availability of endocannabinoids (anandamide, 2-AG) by inhibiting metabolism
- Affects ~71K people in U.S.
- No approved drugs indicated for FXS



8

# FAB-C Open Label Phase 2 Trial Design



## Treatment of Fragile X Syndrome Anxiety and Behavioral Challenges with CBD



| Period 1: COMPLETE | | | Period 2 |
|---|---|---|---|
| ← Day 1 to Week 6 → | ← Week 7 to 12 → | | ← Up to 24 months → |
| **Screening** | **Titration** | **Maintenance** | **Open label extension** |
| 20 patients enrolled | Dosing initiated at 50 mg Zygel daily; may be titrated up to 250 mg Zygel daily | Doses of Zygel: 50 mg, 100 mg, or 250 mg daily | • Patients continue on maintenance dose<br>• Physician can titrate up or down |



9



# Data From Three Month FAB-C Phase 2 Trial

## Month Three: ABC-C$_{FXS}$ Mean Score



Percent Improvement in Behavioral Symptoms of FXS





Data reported at the American Psychiatric Association (APA) meeting, May 2019

10



# FAB-C ABC-C$_{FXS}$ Subscales

## Third Party Data* Suggest PBO Rate of 10 to 18 Percent



*Ligsay, A., Van Dijck, A., Nguyen, D. V., Lozano, R., Chen, Y., Bickel, E. S., et al. (2017). A randomized double-blind, placebo-controlled trial of ganaxolone in children and adolescents with fragile x syndrome. Journal of Neurodevelopmental Disorders, 9:26.

11



# Three Month FAB-C Data vs. 12 Months of Treatment

**Sustained Improvements in FXS Behavioral Symptoms Through 12 Months of Treatment**



Improvements in Patients Completing 12 Months

- Month 3 (n=12)   ■ Month 12 (n=9)

*P ≤ 0.05

Data reported at the American Psychiatric Association (APA) meeting, May 2019

12



# FAB-C Open Label Phase 2 Trial

## Zygel Safety Summary Through 12 Months

- Well tolerated, consistent with previously reported data; no SAEs

- No clinically meaningful trends in vital signs, ECG, or clinical safety labs including LFTs; no THC detected in plasma

- Discontinuations
    - Two siblings discontinued in Period 1
        - One for worsening of pre-existing eczema (not considered Tx-related)
        - One due to administrative reasons
    - Three patients discontinued in Period 2 (administrative reasons; non-compliance)

- Little to no redness at application site
    - One patient developed moderate application site rash (resolved, did not recur); remains in the study

- TEAEs mild or moderate
    - Most common: Gastroenteritis (14%), URTI (12%)
    - All resolved during study period



13



# FAB-C Open Label Phase 2 Trial

## Estimating the Health State Utility (HUI) Score for FXS and Potential Benefit of Treatment with Zygel

- An HUI specific to FXS - the ABC-UI - was derived from the $ABC-C_{FXS}$ to measure the health-related quality of life (HRQoL) benefit of treatments for FXS[1]

  - HUI, measured on a scale of 0 to 1, are used in clinical and economic analyses of therapies with potential impact on HRQoL

- Analysis evaluated the potential benefit of Zygel on the ABC-UI in FXS through post hoc analysis of data from FAB-C

- Patient-level data from FAB-C were mapped to the ABC-UI algorithm to generate a utility index score for each patient

  - Mean ABC-UI for FXS patients estimated to be 0.57 at baseline

    - Reflects important impact of FXS on HRQoL despite children and adolescents being maintained on standard of care for FXS

    - Suggests impact similar or worse than other debilitating pediatric conditions

- Compared to baseline, patients receiving Zygel experienced significant (P < 0.01) and sustained improvement in their mean ABC-UI from week 4 to 12



Mean ABC-UI Score at Each Timepoint during Treatment with Zygel (*P<0.01)

Data reported at the American Society for Experimental Neurotherapeutics (ASENT) 2020 Meeting

[1]Kerr C et al. *Qual Life Res*.2015;24(2):305-314

14



# CONNECT-FX: A Pivotal Trial In FXS

## Enrollment Complete; Topline Data Expected in Late 2Q2020

Clinical study Of CaNNabidiol (CBD) in ChildrEn and AdolesCenTs with Fragile X (CONNECT-FX)



15

# CONNECT-FX: A Pivotal Trial In FXS



- Primary endpoint:
  - Change from baseline to end of treatment in ABC-C$_{FXS}$ Social Avoidance subscale

- Key secondary endpoints:
  - Change from baseline to end of the treatment in
    - ABC-C$_{FXS}$ Irritability subscale score
    - ABC-C$_{FXS}$ Socially Unresponsive/Lethargic subscale score
  - Improvement in Clinical Global Impression (CGI-I) at end of treatment, anchored to FXS behaviors

- Aligned with FDA's 'Voice of the Patient' Guidance
  - Capturing qualitative data on clinical relevance of FXS behaviors
  - New data presented at ISCTM (February 2020) and ASENT (March 2020) further validate core FXS behaviors from the perspective of caregivers

- Top line results expected in late 2Q2020



16

# CONNECT-FX Demographics



| Patients | n |
|---|---|
| Randomization: Enrollment complete | 212 |
| Number of male patients | 159 (75%) |
| Mean age at randomization in study | 9.7 years |
| Completed 14-week Tx period (as of 3/9/2020) | 163 |
| Percent of completed patients enrolling in CONNECT-FX OLE | 97% |



17

# Baseline Behavior Severity: CONNECT-FX vs Ph2 FAB-C



Prospective inclusion criteria expected to provide a more severely impacted population which we believe should enhance ability to demonstrate a strong signal of activity and minimize response variability

| ABC-C$_{FXS}$ Subscale | CONNECT-FX baseline score | Phase 2 FAB-C baseline score |
|---|---|---|
| Social Avoidance (12 point scale) | 7.2 | 5.1 |
| Irritability (54 point scale) | 28.1 | 18.2 |
| Socially Unresponsive / Lethargic (39 point scale) | 13.2 | 8.7 |
| Hyperactivity (30 point scale) | 18.4 | 14.5 |
| Stereotypy (18 point scale) | 9.4 | 7.9 |
| Inappropriate Speech (12 point scale) | 6.9 | 6.1 |

Note: Higher baseline scores denote more severe behaviors



18

# CONNECT-FX



- With positive results in pivotal trial, Zynerba intends to request a meeting with the FDA to:
    - Determine acceptability of data as basis for NDA filing by YE 2020
    - Seek advice on marketing authorization preparation
- Potential approval by mid-year 2021
- Zynerba believes the indication may be the treatment of behavioral symptoms associated with FXS



19

# Improvements in Behavior May Provide a Read-Through to Other Zygel Studies



- Presented data at SSBP* showing constellation of shared socio-behavioral symptoms in ASD, FXS, and 22q11.2DS
- These include anxiety leading to:
  - Isolation and social avoidant behaviors
  - Irritability
  - Attention deficits
  - Poor communication

Common behavioral Features of ASD, FXS, and 22q11.2DS*



ASD

FXS

Anxiety
Social avoidance
Seeks isolation
Lack of interaction
Attention deficits
Poor attention

22q11.2DS



*Common Behavioral Features of Autism, Fragile X Syndrome, and 22q11.2 Deletion Syndrome, Society for the Study of Behavioural Phenotypes (SSBP), 2019

20



# ASD in Pediatrics Overview



- Near-rare disorder affecting ~1MM pediatric and adolescent pts
- DSM-5 diagnosis
  - Includes Autistic disorder, Asperger's syndrome, and Pervasive Development Disorder-not otherwise specified (PDD-NOS)
- Symptoms include
  - Anxiety
  - Restricted, repetitive patterns of behavior
  - Impairments in social communication
  - Deficits in verbal and non-verbal communication
  - Deficits in developing, understanding and maintaining relationships
- Most diagnosed after age 4; can be diagnosed as early as age 2
- Significant unmet medical need
  - Accelerating rate of diagnosis but only two FDA approved products
    - Both atypical antipsychotics have significant side effect profile
    - Neither approved to address the key symptoms of social impairment and anxiety



22

# Developing Zygel in ASD



- Newer studies suggest ASD is linked to disruption in the EC system
  - Altered anandamide signaling may contribute to ASD-related social and communication impairments
  - EC system modulates many cellular functions and molecular pathways altered in ASD: imbalanced GABAergic, glutamatergic transmission, oxidative stress, immune dysregulation and altered energy metabolism
- Clinical and anecdotal data show improvement in social avoidance and anxiety in children with CBD
  - CBD may modulate the EC system and improve certain autism-related behaviors
- Two recent US patents directed to methods of treating ASD by transdermally administering synthetic or purified cannabidiol, respectively, provide IP protection to 2038
- Enrollment complete in Phase 2 study in pediatric and adolescent patients with ASD
- Top line results expected in 2Q2020



23

# BRIGHT Phase 2 Trial in ASD



## Enrollment Complete; Topline Data Expected in 2Q2020

**Open-LaBel ToleRabIlity and Efficacy Study of ZYN002 Administered as a Transdermal Gel to CHildren and AdolescenTs with Autism Spectrum Disorder**



| 14 Weeks | 24 Weeks |
|---|---|

Screening →

Target: 36 patients; 37 enrolled
Four through 17 years of age

**Zygel**
14 Weeks

Weight based dosing:
250 mg to 500 mg daily

→ **Open label extension**

Efficacy assessments (primary efficacy assessment = week 14 vs baseline) :

- Aberrant Behavior Checklist (ABC-C)
- Parent Rated Anxiety Scale – Autism Spectrum Disorder (PRAS-ASD)
- Autism Parenting Stress Index
- Autism Impact Measure (AIM)
- Clinical Global Impression – Severity (CGI-S) and Improvement (CGI-I)

- Qualitative Caregiver Reported Behavioral Problems Survey
- Autism Diagnostic Observation Schedule® (ADOS-2): *Baseline only*
- Children's Sleep Habits Questionnaire (CSHQ): *Baseline and EOS (week 38) only*



# BRIGHT Trial Patient Demographics

| Baseline Patient Demographics | |
| --- | --- |
| Demographic | BRIGHT Patients N = 37 |
| Age, years<br>    Mean (range) | 9.2 (3-16) |
| Sex, n (%)<br>    Male<br>    Female | 34 (91.9)<br>3 (8.1) |
| Race, %<br>    White<br>    Aboriginal<br>    Asian<br>    Other | 75.7<br>5.4<br>8.1<br>10.8 |



# BRIGHT Disease Characteristics Confirm a Moderate-to-Severe Population



| Baseline Disease Characteristics | | |
|---|---|---|
| ABC-C Irritability Subscale score (0-45) | | |
| n | 37 | |
| Mean (range) | 30.0 (18-43) | ABC-C Irritability subscale: Score of 30 provides confirmation of severity |
| ADOS®-2 comparison score | | |
| n | 36 | |
| Mean (range) | 7.5 (4-10) | |
| <5 (mild ASD), n (%) | 2 (5.6) | |
| 5-7 (moderate ASD), n (%) | 19 (52.8) | ADOS-2: 94% of patients have moderate to severe symptoms of ASD at baseline |
| 8-10 (severe ASD), n (%) | 15 (41.7) | |
| DSM-5 severity level | | |
| Level 1 (mild), n (%) | 3 (8.1) | |
| Level 2 (moderate), n (%) | 15 (40.5) | DSM-5: 92% of patients have moderate to severe symptoms of ASD at baseline |
| Level 3 (severe), n (%) | 19 (51.4) | |
| PRAS-ASD score (0-75; >52 suggests possible clinical anxiety) | | |
| n | 37 | |
| Mean (range) | 40.9 (21-68) | PRAS-ASD: 24% of the enrolled patients had scores >52, indicating possible clinical anxiety |
| >52, n (%) | 9 (24.3) | |

26



# 22q Overview



- Most common contiguous gene deletion syndrome
- Rare disorder: ~81K patients in US
- Midline condition with abnormalities affecting palate, face, heart and other organs; surgically corrected in infancy
- Neuropsychiatric illnesses (anxiety disorders, ASD) and learning disabilities common and impactful
  - 22q associated with increased anxiety, withdrawn behavior and social interaction problems
  - Early onset of neuropsychiatric symptoms disrupts development and QOL, and heightens risk of later psychotic disorders
    - 25-fold increased risk of developing schizophrenia vs. 1% lifetime risk in general population



28

# 22q Patient Management



- Two primary stages of 22q patient management:
  - During infancy, doctors address acute physical concerns, such as anomalies of heart and palate, with surgery
  - Once the physical concerns are stabilized, focus shifts to managing neuropsychiatric symptoms, such as anxiety and autistic behaviors
- No approved drugs indicated for 22q



29

# Developing Zygel in 22q



- CBD may treat neuropsychiatric symptoms in 22q due to activity as:
    - Modulator of endocannabinoid system
    - Agonist at serotonin$_{1A}$ receptors
    - Antagonist at GPR55 receptors
- Early control of anxiety may delay the development of psychosis
- Phase 2 study underway in pediatric and adolescent patients with 22q
- Top line results now expected in 3Q2020



30



# INSPIRE Phase 2 Trial in 22q

**Enrollment Ongoing; Topline Data Expected in 3Q2020**

**Assessing the Impact of Zygel (Transdermal CBD Gel) on Pediatric Behavioral and Emotional Symptoms of 22q11.2 Deletion Syndrome**



Efficacy assessments (week 14 vs baseline) include:

- Aberrant Behavior Checklist-Community (ABC-C)
- Anxiety, Depression and Mood Scale (ADAMS)
- Qualitative Caregiver Reported Behavioral Problem Survey
- Clinical Global Impression – Severity and Improvement



31



# DEE Patients are Medically Fragile



- Group of rare / ultra rare childhood-onset epilepsies with impaired or regressed developmental progress
- Cognitive impairment, psychiatric problems, and behavioral disturbances are phenotypic
- Medically fragile population
  - Comorbidities include cerebral palsy, chronic respiratory infections, gait disturbances, movement disorders, scoliosis, and feeding problems
  - Many wheelchair bound with feeding tubes
- Most common and debilitating seizure types in DEEs are:
  - Focal impaired-awareness seizures (FIAS) – formerly known as complex partial
  - Focal to bilateral tonic-clonic and generalized tonic-clonic seizures – commonly known as convulsive seizures (CS)



33



# BELIEVE 1 Phase 2 Trial in DEE

## Completed; Reported Positive Topline Results on 9/18/19

Open LaBel Study to Assess the Safety and Efficacy of ZYN002 Administered as a TransdermaL Gel to ChIldren and AdolEscents with DeVelopmental and Epileptic Encephalopathy





34

# BELIEVE 1: Clinically Meaningful Seizure Reductions from Baseline and Sustained through Six Months in DEE









35

# BELIEVE 1 Safety



**Well Tolerated in this Six Month Trial**

- All events in six month period, whether unrelated or related to study, drug are reported as adverse events (AEs) (e.g.: influenza, runny nose, ingrown toenail, scrapes, etc.)

- AEs common in this medically fragile population, and expected in a six-month trial
  - As a result, most patients experienced an AE
    - Most were mild and transient
    - Only one patient discontinued due to an AE (application site reaction)
  - Low rate of serious adverse events (SAE)
    - Only two SAEs deemed possibly drug-related (LRTI and status epilepticus)
    - No drug-related hepatic, gastrointestinal, or lethargy-related SAEs

- Tolerability profile consistent with the safety database for Zygel
  - May compare favorably to tolerability profiles of reported safety data from oral CBD solution[1] and other currently available AEDs[2]



[1]Devinsky - *Lancet Neurol* 2016
[2]Moavero – *Expert Opin Drug Saf*, 2018

36

# BELIEVE 1: Qualitative Assessments of Behavioral and Cognitive Improvements



- Parents and caregivers provided qualitative assessment on their child's overall experiences with Zygel
- Improvements were seen in seizure intensity and duration, and socio-behavioral and cognitive impairments
- Improvements in >25% of children:
    - 58% reported improved vitality (e.g. alertness / awareness, energy)
    - 51% reported improvement in seizures
    - 47% reported improved cognition and concentration
    - 44% reported improved socially avoidant behaviors
    - 28% reported that their child attended school on time / more often
- Improvements in socio-behavioral and cognitive impairments provide additional confidence in design of FXS, ASD and 22q11.2DS (22q) studies



37

# Compelling Results Suggest a Pathway to Pivotal Trials



**Discussions with FDA in 1H2020 to Define Clinical Path Forward**

- Efficacy results:
    - Clinically meaningful reductions in seizures beginning in month two and sustained through six months
    - Suggest improvements on important behavioral symptoms
- Safety results:
    - Zygel was well tolerated
    - Consistent with previously reported Zygel studies
- Zynerba approach to FDA approval will likely focus on most common and disabling seizure types in DEE, rather than patient syndromes



38

# Planned Approach to FDA

**All DEE Patients with Consciousness Impairing Seizures**





**Syndromes and encephalopathies**

- Dravet
- LGS
- West
- Hypoxic-ischemic enceph.
- Early myoclonioc epilepsy
- Doose
- Ohtahara
- Landau-Kleffner
- CDKL5 enceph.
- Other Syndromes

**Zynerba Planned Approach**

Convulsive

**Seizure type**

- Focal Impaired Awareness
- Bilateral Tonic Clonic
- Generalized Tonic Clonic
- Focal aware
- Absence
- Other Seizure types

**Consciousness impairing seizures**

39

# Financial Strength

- Clean balance sheet
  - No debt, 23.6M shares outstanding (as of March 4, 2020)
- Cash and cash equivalent position of $70.1M as of December 31, 2019
- Cash runway expected to be sufficient to fund operations and capital requirements into the second half of 2021
  - Beyond the expected NDA submission and potential approval in FXS



40

# Expected Clinical Milestones in 2020

| | 1Q 2020 | 2Q 2020 | 3Q 2020 | 4Q 2020 |
|---|---|---|---|---|
| FXS | | Report pivotal CONNECT-FX topline results | | NDA submission |
| DEE | Discussions with FDA to define clinical path forward | | | |
| ASD | | Report Ph. 2 BRIGHT topline results | | |
| 22q | | | Report Ph. 2 INSPIRE topline results | |



41

