# EXHIBIT O



- Page intentionally left blank -

# Forward-Looking Statements

THE STATEMENTS IN THIS PRESENTATION MAY INCLUDE FORWARD-LOOKING STATEMENTS WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995. THESE STATEMENTS, AMONG OTHER THINGS RELATE TO THE FUTURE OPERATIONS, OPPORTUNITIES OR FINANCIAL PERFORMANCE OF ZYNERBA PHARMACEUTICALS, INC. WE MAY, IN SOME CASES, USE TERMS SUCH AS "PREDICTS," "BELIEVES," "POTENTIAL," "PROPOSED," "CONTINUE," "ESTIMATES," "ANTICIPATES," "EXPECTS," "PLANS," "INTENDS," "MAY," "COULD," "MIGHT," "WILL," "SHOULD" OR OTHER WORDS THAT CONVEY UNCERTAINTY OF FUTURE EVENTS OR OUTCOMES TO IDENTIFY THESE FORWARD-LOOKING STATEMENTS. SUCH STATEMENTS ARE SUBJECT TO NUMEROUS IMPORTANT FACTORS, RISKS AND UNCERTAINTIES THAT MAY CAUSE ACTUAL EVENTS OR RESULTS TO DIFFER MATERIALLY FROM THE COMPANY'S CURRENT EXPECTATIONS, INCLUDING THE FOLLOWING: THE COMPANY'S CASH AND CASH EQUIVALENTS MAY NOT BE SUFFICIENT TO SUPPORT ITS OPERATING PLAN FOR AS LONG AS ANTICIPATED; THE RESULTS, COST AND TIMING OF THE COMPANY'S CLINICAL DEVELOPMENT PROGRAMS, INCLUDING ANY DELAYS TO SUCH CLINICAL TRIALS RELATING TO ENROLLMENT OR SITE INITIATION; CLINICAL RESULTS FOR THE COMPANY'S PRODUCT CANDIDATES MAY NOT BE REPLICATED OR CONTINUE TO OCCUR IN ADDITIONAL TRIALS AND MAY NOT OTHERWISE SUPPORT FURTHER DEVELOPMENT IN A SPECIFIED INDICATION OR AT ALL; ACTIONS OR ADVICE OF THE U.S. FOOD AND DRUG ADMINISTRATION AND FOREIGN REGULATORY AGENCIES MAY AFFECT THE DESIGN, INITIATION, TIMING, CONTINUATION AND/OR PROGRESS OF CLINICAL TRIALS OR RESULT IN THE NEED FOR ADDITIONAL CLINICAL TRIALS; THE COMPANY'S ABILITY TO OBTAIN AND MAINTAIN REGULATORY APPROVAL FOR ITS PRODUCT CANDIDATES, AND THE LABELING UNDER ANY SUCH APPROVAL; AND THE COMPANY'S EXPECTATIONS REGARDING ITS ABILITY TO OBTAIN AND ADEQUATELY MAINTAIN SUFFICIENT INTELLECTUAL PROPERTY PROTECTION FOR ITS PRODUCT CANDIDATES. THESE AND OTHER RISKS ARE DESCRIBED IN OUR FILINGS WITH THE SECURITIES AND EXCHANGE COMMISSION, AVAILABLE AT WWW.SEC.GOV. ANY FORWARD-LOOKING STATEMENTS THAT THE COMPANY MAKES IN THIS PRESENTATION SPEAK ONLY AS OF THE DATE OF THIS PRESENTATION. THE COMPANY ASSUMES NO OBLIGATION TO UPDATE FORWARD-LOOKING STATEMENTS WHETHER AS A RESULT OF NEW INFORMATION, FUTURE EVENTS OR OTHERWISE, AFTER THE DATE OF THIS PRESENTATION.

© 2019 Zynerba Pharmaceuticals, Inc. All rights reserved. Zynerba and Zygel are trademarks of Zynerba Pharmaceuticals, Inc. All other trademarks and registered trademarks are property of their respective owners.

# Zynerba Pharmaceuticals (NASDAQ: ZYNE)

**A Rare/Near-Rare Neuropsychiatric Company**

- Deep pipeline focused on high unmet medical needs; translating into multi-billion dollar market opportunity with Zygel™
  - Four clinical shots on goal: FXS, DEE, ASD, 22q

- Experienced team
  - Proven development and commercialization track record in transdermal delivery, orphan diseases, neurology, psychiatry

- Well capitalized
  - Cash runway expected into the first quarter of 2021 - beyond the planned NDA filing and potential approval in FXS

- Multiple expected near term milestones



# Deep Clinical Pipeline

**Zygel**
Transdermal Cannabidiol



| Indication | Preclinical | Phase 1 | Phase 2 | Pivotal | | 2019 Milestones |
|---|---|---|---|---|---|---|
| Fragile X Syndrome (FXS)* | | | | | | |
| | CONNECT-FX | | | | | **Top line CONNECT-FX data: 2H2019** |
| | FAB-C Open Label Extension | | | | | **Additional long term FAB-C data: 2019** |
| Developmental and Epileptic Encephalopathies (DEE) | | | | | | |
| | BELIEVE 1 | | | | | **Top line BELIEVE 1 data: 3Q2019** |
| Autism Spectrum Disorder (ASD) in pediatric patients | | | | | | |
| | BRIGHT | | | | | **Initiate Phase 2 open label study: 1H2019** ✓ |
| 22q Deletion Syndrome (22q) | | | | | | |
| | Initiate 2Q2019 | | | | | **Initiate Phase 2 open label study: 2Q2019** |
| Adult Refractory Focal Epilepsy | | | | | | |
| | STAR 2 Open Label Extension | | | | | |
| Other neuropsychiatric conditions | | | | | | |
| | | | | | | **Assess other neuropsychiatric conditions: 2019** |

*Orphan Drug Designation

Ongoing    Planned

# Zygel (ZYN002) Cannabidiol (CBD) Gel

**Differentiated**   **Transdermal**   **Unique MOA**   **Neuropsych Indications**







First & only patent-protected, permeation-enhanced, pharmaceutically-produced CBD gel

Formulation delivers CBD through the epidermis and into the circulatory system

CBD modulates multiple receptors and mediates numerous pathways, including the endocannabinoid pathway

Potential utility in rare / near-rare neuropsychiatric conditions

Orphan Drug designation in FXS



# Fragile X Syndrome (FXS)

# Fragile X Syndrome (FXS) Overview



- Rare genetic developmental disability

- Leading known cause of both inherited intellectual disability and autism spectrum disorder

- Symptoms linked to deficiencies in the endocannabinoid (EC) system
  - ECs form system of neurotransmitters regulating emotional responses, behavioral reactivity to context, social interaction
  - FMR1 mutation causes dysregulation of the EC system
  - Results in core cognitive, social, and behavioral symptoms of FXS

- Affects ~71K people in U.S.

- No approved drugs indicated for FXS





# Fragile X Clinical Program

**Recent Zygel Development Progress**

- Presented 12-month FAB-C open label Phase 2 data at American College of Neuropsychopharmacology meeting (ACNP; Dec. 2018)
  - Statistical improvement from baseline in FXS phenotypic behaviors including social avoidance, anxiety, and irritability
  - Three month improvements sustained through 12 months of treatment
  - Excellent tolerability profile
- Enrollment ongoing in CONNECT-FX: a pivotal trial in pediatric and adolescent patients with FXS
  - Initiated July 2018
  - Top line results expected in 2H2019



9



# FAB-C Open Label Phase 2 Trial Design

**Treatment of Fragile X Syndrome Anxiety and Behavioral Challenges with CBD**

| Period 1: COMPLETE | | | Period 2 |
|---|---|---|---|
| ← Day 1 to Week 6 → | ← Week 7 to 12 → | | ← Up to 24 months → |
| **Screening** | **Titration** | **Maintenance** | **Open label extension** |
| 20 patients enrolled | Dosing initiated at 50 mg Zygel daily; may be titrated up to 250 mg Zygel daily | Doses of Zygel: 50 mg, 100 mg, or 250 mg daily **18 Patients Completed 12 Weeks** | • Patients continue on maintenance dose<br>• Physician can titrate up or down<br><br>13 patients rolled over; 10 ongoing* |

*As of March 10, 2019



10

# FAB-C Open Label Phase 2

## Month Three: ABC-C$_{FXS}$ Mean Score



### Percent Improvement in Behavioral Symptoms of FXS

Mean % Improvement from Baseline

- P=0.0005 — Social Avoidance — 54.9% — Baseline: **5.1**
- P=0.0096 — Irritability — 41.8% — Baseline: **18.2**
- P=0.0034 — Socially Unresponsive / Lethargic — 52.9% — Baseline: **8.7**
- P=0.0018 — Inappropriate Speech — 42.6% — Baseline: **6.1**
- P=0.0006 — Stereotypy — 59.5% — Baseline: **7.9**
- P=0.0237 — Hyperactivity — 32.4% — Baseline: **14.5**

■ Month 3 (n=18)

11

# FAB-C ABC-C$_{FXS}$ Subscales



## Month Three: Percent Improvement vs. 3rd Party Data*



### Social Avoidance
*Seeks isolation*

54.9% — Zygel, Baseline: 5.1
31.4% — Ganaxolone, Baseline: 3.5
9.7% — Placebo, Baseline: 3.1



### Irritability
*Temper tantrums*

41.8% — Zygel, Baseline: 18.2
16.9% — Ganaxolone, Baseline: 18.9
17.9% — Placebo, Baseline: 19.6



### Socially Unresponsive / Lethargic
*Does not pay attention*

52.9% — Zygel, Baseline: 8.7
15.2% — Ganaxolone, Baseline: 6.6
17.4% — Placebo, Baseline: 6.9



### Inappropriate Speech
*Repeats words / phrases*

42.6% — Zygel, Baseline: 6.1
15.0% — Ganaxolone, Baseline: 6.0
15.9% — Placebo, Baseline: 6.3



### Stereotypy
*Repetitive movements*

59.5% — Zygel, Baseline: 7.9
23.0% — Ganaxolone, Baseline: 7.4
9.9% — Placebo, Baseline: 7.1



### Hyperactivity
*Disrupts group activities*

32.4% — Zygel, Baseline: 14.5
18.7% — Ganaxolone, Baseline: 13.9
11.5% — Placebo, Baseline: 13.9

12

* Ligsay, A., Van Dijck, A., Nguyen, D. V., Lozano, R., Chen, Y., Bickel, E. S., et al. (2017). A randomized double-blind, placebo-controlled trial of ganaxolone in children and adolescents with fragile x syndrome. Journal of Neurodevelopmental Disorders, 9:26.



# FAB-C Open Label Phase 2

## Month 3 and 12: ABC-C$_{FXS}$ Mean Score



Percent Improvement in Behavioral Symptoms of FXS

Patients Completing 12 Months

Mean % Improvement from Baseline

**Social Avoidance:** Month 3 — 57.9*; Month 12 — 77.2*

**Irritability:** Month 3 — 51.1*; Month 12 — 59.2*

**Socially Unresponsive:** Month 3 — 65.7*; Month 12 — 72.2*

**Hyperactivity:** Month 3 — 36.7*; Month 12 — 40.4*

**Stereotypy:** Month 3 — 60.8*; Month 12 — 64.9*

**Inappropriate Speech:** Month 3 — 56.5*; Month 12 — 56.5*

■ Month 3 (n=12)   ■ Month 12 (n=9)

*P ≤ 0.05

Data from American College of Neuropsychopharmacology (ACNP) meeting, December 2018

13



# FAB-C Open Label Phase 2

## Zygel Safety Summary Through 12 Months

- Well tolerated, consistent with previously reported data; no SAEs

- No clinically meaningful trends in vital signs, ECG, or clinical safety labs including LFTs; no THC detected in plasma

- Discontinuations
  - Two siblings discontinued in Period 1
    - One for worsening of pre-existing eczema (not considered Tx-related)
    - One due to administrative reasons
  - Two patients discontinued in Period 2 (administrative reasons; non-compliance)

- Little to no redness at application site
  - One patient developed moderate application site rash (resolved, did not recur); remains in the study

- TEAEs mild or moderate
  - Most common: Gastroenteritis (14%), URTI (12%)
  - All resolved during study period



# CONNECT-FX: A Pivotal Trial In FXS



**Clinical study Of CaNNabidiol (CBD) in ChildrEn and AdolesCenTs with Fragile X (CONNECT-FX)**

| 14 weeks: ONGOING | 12 months: ONGOING |
|---|---|
| **Treatment** Target: 204 patients Three through 17 years of age | |

Screening →

**Zygel**
**250 mg daily**
**500 mg daily**
(weight-based dose)

**Placebo**
Mirrors Zygel administration

Patients randomized (1:1) to receive either Zygel or placebo

**Open label extension**

Currently enrolling patients



15

# CONNECT-FX: A Pivotal Trial In FXS



- Primary endpoint:
  - Change from baseline to end of treatment in ABC-C$_{FXS}$ Social Avoidance subscale

- Key secondary endpoints:
  - Change from baseline to end of the treatment in
    - ABC-C$_{FXS}$ Irritability subscale score
    - ABC-C$_{FXS}$ Socially Unresponsive/Lethargic subscale score
  - Improvement in CGI-I (anchored to FXS behaviors) at end of treatment

- Aligned with FDA's 'Voice of the Patient' Guidance
  - Capturing qualitative data on clinical relevance of FXS behaviors



16



# CONNECT-FX

**Top Line Results Expected in 2H2019**

- With positive results, Zynerba intends to request a meeting with the FDA to:
  - Determine acceptability of data as basis for NDA filing
  - Seek advice on marketing authorization preparation

- Zynerba believes indication may include the treatment of behavioral symptoms associated with FXS

- Evaluating opportunities for FDA fast-track, breakthrough status, and/or priority review



# DEE
## Developmental and Epileptic Encephalopathies

# DEE Overview



- Heterogeneous group of rare / ultra rare epilepsy syndromes

- Severe cognitive impairment and behavioral disturbances

- Affects ~45K U.S. children & adolescents

- Syndromes involve:
  - Impaired development (developmental encephalopathies)
  - Regression of developmental progress (epileptic encephalopathies)

- Often progressive; highly resistant to treatment

- Improved seizure control may positively impact development and quality of life

DEE includes syndromes such as:

Doose Syndrome

Dravet Syndrome

Early Myoclonic Encephalopathy

Juvenile Myoclonic Epilepsy (JME)

Landau-Kleffner Syndrome

Lennox-Gastaut Syndrome (LGS)

Ohtahara Syndrome

West Syndrome / Infantile Spasms

19



# Developing Zygel in DEE

**Enrollment Complete in BELIEVE 1 Trial**

- Compelling rationale for utility of CBD in DEE
  - Third party clinical data show impact of CBD on seizures and behavioral issues in children

- Patient enrollment in BELIEVE 1 Phase 2 study complete
  - Six month multi-dose study in DEE patients (3 through 17 years)
  - Being conducted in Australia and New Zealand
  - Inclusion criteria require ≥5 generalized motor seizures during baseline
  - ~27% have Dravet or LGS
  - Primary efficacy assessment: change in seizure frequency
- Top line results expected in 3Q2019



20



# BELIEVE 1 Phase 2 Trial in DEE

**Open LaBel Study to Assess the Safety and Efficacy of ZYN002 Administered as a TransdermaL Gel to ChIldren and AdolEscents with DeVelopmental and Epileptic Encephalopathy**



**Enrollment complete**
Dosing continues

| Six months: **ONGOING** | Six months |
|---|---|
| 48 patients enrolled<br>Three through 16 years of age | |

Screening → **Titration** 4 Weeks | **Maintenance** 22 Weeks → **Open label extension**

Weight based dosing:
Zygel 250 mg to 1000 mg daily





# Autism Spectrum Disorder (ASD)
## in pediatric patients

22

# ASD in Pediatrics Overview



- Near-rare disorder affecting <1MM pediatric and adolescent pts
- DSM-5 diagnosis
  - Includes Autistic disorder, Asperger's syndrome, and Pervasive Development Disorder not otherwise specified (PDD-NOS)
- Symptoms include
  - Anxiety
  - Restricted, repetitive patterns of behavior
  - Impairments in social communication
  - Deficits in verbal and non-verbal communication
  - Deficits in developing, understanding and maintaining relationships
- Most diagnosed after age 4; can be diagnosed as early as age 2
- Significant unmet medical need
  - Accelerating rate of diagnosis but only two FDA approved products
    - Both atypical antipsychotics have significant side effect profile
    - Neither approved to address the key symptoms of social impairment and anxiety

23

# Developing Zygel in ASD



- Newer studies suggest ASD is linked to disruption in the endocannabinoid system
  - Altered anandamide (an endocannabinoid) signaling may contribute to ASD-related social and communication impairments
  - EC system modulates many cellular functions and molecular pathways altered in ASD: imbalanced GABAergic, glutamatergic transmission, oxidative stress, immune dysregulation and altered energy metabolism

- Clinical and anecdotal data show improvement in social avoidance and anxiety in children with CBD
  - Exogenous CBD may modulate the endocannabinoid system and improve certain autism-related behaviors

- Phase 2 study underway in pediatric ASD patients

- Top line results expected in 1H2020



# BRIGHT Phase 2 Trial in ASD



**Open-LaBel ToleRabIlity and Efficacy Study of ZYN002 Administered as a Transdermal Gel to CHildren and AdolescenTs with Autism Spectrum Disorder**



Efficacy assessments (week 14 vs baseline) include:

- Aberrant Behavior Checklist
- Parent Rated Anxiety Scale – Autism Spectrum Disorder
- Autism Impact Measure
- Clinical Global Impression – Severity and Improvement



# 22q11.2 Deletion Syndrome
## (22q)

# 22q Overview



- Most common contiguous gene deletion syndrome

- Rare disorder: ~81K patients in US

- Midline condition with abnormalities affecting palate, face, heart and other organs; surgically corrected in infancy

- Neuropsychiatric illnesses (anxiety disorders, ASD) and learning disabilities common and impactful
  - 22q associated with increased anxiety, withdrawn behavior and social interaction problems
  - Early onset of neuropsychiatric symptoms disrupts development and QOL, and heightens risk of later psychotic disorders
    - 25-fold increased risk of developing schizophrenia vs. 1% lifetime risk in general population



27

# 22q Patient Management



- Two primary stages of 22q patient management:

  - During infancy, doctors address acute physical concerns, such as anomalies of heart and palate, with surgery

  - Once the physical concerns are stabilized, focus shifts to managing neuropsychiatric symptoms, such as anxiety and autistic behaviors

- No approved drugs indicated for 22q



28

# Developing Zygel in 22q



- CBD may treat neuropsychiatric symptoms in 22q due to activity as:
  - Agonist at serotonin 1A receptors
  - Antagonist at GPR55 receptors
  - Modulator of endocannabinoid system

- Anxiety may predict adaptive functioning, and is thought to heighten the risk of later development of psychotic disorders
  - Early control of anxiety may delay the development of psychosis

- Expect to initiate Phase 2 study in 22q in 2Q2019

- Top line results expected in 1H2020



# Financial Strength

- Clean balance sheet

  - No debt, 21.1M shares outstanding (as of 3/7/19)

- Strong cash and cash equivalent position

  - $59.8 million (as of 12/31/18)

  - Additional $18.1M in net cash proceeds from shares sold under ATM from 1/29/19 through 3/6/19

- Expected to be sufficient to fund operations and capital requirements into the first quarter of 2021 - beyond the planned NDA submission and potential approval in FXS



# Expected Milestones into 2020

| | 2019 | | | | 2020 | |
|---|---|---|---|---|---|---|
| | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q |
| **FXS** | | | **Topline pivotal CONNECT-FX data** | | **NDA submission** | |
| | **Present/publish additional data from Phase 2 FAB-C study** | | | | | |
| **DEE** | | | **BELIEVE 1 Phase 2 data** | | | |
| **ASD (pediatric)** | **Initiate Phase 2 BRIGHT open label study** | | | | **Present Phase 2 BRIGHT topline results** | |
| **22q** | | **Initiate Ph2 OL study** | | | **Present Phase 2 topline results** | |
| **Other indications** | **Assessment of other rare and near-rare neuropsychiatric disorders** | | | | | |



