**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

SCOTT WHITELEY and HARRY BERGER,
Individually and on Behalf of All Others
Similarly Situated,

                    Plaintiffs,

                v.

ZYNERBA PHARMACEUTICALS, INC.,
ARMANDO ANIDO, and JAMES E.
FICKENSCHER,

                  Defendants.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:19-cv-04959-NIQA

## CERTIFICATE OF SERVICE

I, Michael S. Doluisio, hereby certify that on April 23, 2020, I caused a true and correct copy of the Defendants' Motion to Dismiss the Amended Class Action Complaint, together with the accompanying Memorandum of Law, Declaration of Michael S. Doluisio, dated April 23, 2020, and all exhibits attached thereto, and proposed form of order, to be electronically filed and served upon all counsel of record via the Court's ECF system.

/s/ Michael S. Doluisio
Michael S. Doluisio