**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on Behalf of All Others Similarly Situated, **)** **)** **)** **)** Plaintiffs, **)** **)** v. **)** **)** ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER, **)** **)** **)** **)** Defendants. **)** | Case No. 2:19-cv-04959-NIQA |

**DECLARATION OF JING CHEN**

I, Jing Chen, hereby declare under penalty of perjury:

1. I am an attorney at The Rosen Law Firm, P.A., co-Lead Counsel for Lead Plaintiffs Scott Whiteley and Harry Berger (collectively, "Plaintiffs").

2. I am admitted *pro hac vice* before this Court and have personal knowledge of the facts set forth herein. I make this Declaration in support of Plaintiffs' Memorandum of Law In Opposition to Defendants' Motion To Dismiss.

3. Attached hereto are true and correct copies of the following documents:

Exhibit 1: Defendant Zynerba Pharmaceuticals, Inc. ("Zynerba")'s Form S-3, filed with the SEC on August 6, 2019.

Exhibit 2: Zynerba's Form 424B5, filed with the SEC on August 30, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 10, 2020                                      /s/ Jing Chen
                                                                          Jing Chen

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2020 a true and correct copy of the foregoing DECLARATION OF JING CHEN was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Jacob Goldberg
Jacob Goldberg

2