**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER, | ) ) ) ) |
| Defendants. | ) ) |

Case No. 2:19-cv-04959-NIQA

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

Upon full consideration of the parties' written submissions presented in support of and in opposition to Defendants Armando Anido, James E. Fickenscher, and Zynerba Pharmaceuticals, Inc.'s (collectively, "Defendants") Motion to Dismiss the Amended Class Action Complaint ("Motion") and oral arguments, the Court hereby ORDERS that:

The Motion is DENIED in its entirety.

**SO ORDERED:**


Dated _____, 2020        _____
                                   HON. NITZA I QUINONES ALEJANDRO
                                   UNITED STATES DISTRICT JUDGE