**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER,<br><br>     Defendants. | Case No: 2:19-cv-04959-NIQA |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**CORRECTED PLAINTIFFS' MEMORANDUM OF LAW**
**IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs Scott Whiteley and Harry Berger ("Plaintiffs") respectfully request that the Court grant Plaintiffs leave to file a corrected Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss ("Opposition"), correcting scrivener's errors mis-numbering exhibits.

On June 10, 2020, Plaintiffs filed their Opposition (Dkt. No. 26). Upon filing, Plaintiffs noticed errors relating to exhibit numbering. Plaintiffs immediately transmitted to Defendants the corrected Opposition, highlighting the scrivener's errors and seeking Defendants' consent to file a corrected Opposition. Defendants do not object to this Motion.

Plaintiffs attach as Exhibit 1 the redlined version of the corrected brief. For the Court's ease of reference, in the Opposition:

1.     On pages 4-5, the reference to Chen Decl. Ex. 3 should be Chen Decl. Ex. 1.

2.      On page 5, the reference to Chen Decl. Ex. 4 should be Chen Decl. Ex. 2. (see pp 4, 5, 14).

3.      On page 14, the reference to Chen Decl. Exs. 3, 4 should be Chen Decl. Exs. 1, 2.

4.      On page 25, in footnote 18, the reference to Defs. Ex. 8 should be Defs. Ex. B.

As such, Plaintiffs respectfully request that the Court issue an order, permitting them to file the corrected Opposition.

Dated:  June 23, 2020

Respectfully submitted,

**ROSEN LAW FIRM**

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

**ROSEN LAW FIRM**
Jing Chen
275 Madison Avenue, 40th floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jchen@rosenlegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Tamar A. Weinrib
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email:  jalieberman@pomlaw.com
          taweinrib@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: pdahlstrom@pomlaw.com

2

3

**BRONSTEIN, GEWIRTZ**
**& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2020 a true and correct copy of the foregoing UNOPPOSED MOTION FOR LEAVE TO FILE THE CORRECTED PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Jacob Goldberg
Jacob Goldberg

4