**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| | Case No. 2:19-cv-04959-NIQA |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER, | ) ) ) ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THE CORRECTED PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

This Matter, having come before the Court on the Plaintiffs' Motion for Leave to File the Corrected Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss, and

It appearing, for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file the corrected Memorandum of Law in Opposition to Defendants' Motion to Dismiss, and that they should file it no later than three (3) business days from the date of this Order.

Dated _____, 2020          _____
                                       HON. NITZA I QUINONES ALEJANDRO
                                       UNITED STATES DISTRICT JUDGE