# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT WHITELEY**, *et al.*, | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | **NO. 19-4959** |
| **v.** | : | |
| | : | |
| **ZYNDERBA** | : | |
| **PHARMACEUTICALS, INC.**, *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 23rd day of June 2020, upon consideration of Plaintiffs' *unopposed motion for leave to file corrected memorandum of law*, [ECF 27], it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, Plaintiffs shall file their corrected memorandum of law within three (3) days of this Order.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*