**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | Case No. 2:19-cv-04959-NIQA |
| Plaintiffs, ) ) ) |  |
| v. ) ) |  |
| ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER, ) ) ) ) ) |  |
| Defendants. ) ) |  |

## CERTIFICATE OF SERVICE

I, David H. Kistenbroker, hereby certify that on July 10, 2020, I caused a true and correct copy of the Reply Brief in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint, dated July 10, 2020, to be electronically filed and served upon all counsel of record via the Court's ECF system.

_/s/ David H. Kistenbroker_
David H.  Kistenbroker