**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | Case No. 2:19-cv-04959-NIQA |
| Plaintiffs, | ) ) | |
| | ) | **ORAL ARGUMENT REQUESTED** |
| v. | ) ) | |
| ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER, | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION FOR RECONSIDERATION

Defendants Armando Anido, James E. Fickenscher, Zynerba Pharmaceuticals, Inc. ("Zynerba" or the "Company") (collectively, "Defendants"), by and through their undersigned counsel, hereby respectfully submit this Motion for Reconsideration of this Court's November 25, 2020 Order (Doc. 31) denying Defendants' Motion to Dismiss the Amended Class Action Complaint. For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant this Motion and enter an Order dismissing the Amended Complaint in its entirety with prejudice.

Dated: December 9, 2020

Respectfully submitted,
*/s/ David H. Kistenbroker*
David H. Kistenbroker
   (admitted *pro hac vice*)
DECHERT LLP
35 West Wacker Drive
Suite 3400
Chicago, IL 60601-1608
Tel: 312-646-5800
Facsimile: 312-646-5858
david.kistenbroker@dechert.com

Michael S. Doluisio (Pa. 75060)
Tiffany Engsell (Pa. 320711)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel:  215-994-4000
Facsimile: 215-994-2222
michael.doluisio@dechert.com
tiffany.engsell@dechert.com

*Attorneys for Defendants*