**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER,<br><br>                Defendants. | Case No. 2:19-cv-04959-NIQA |

## CERTIFICATE OF SERVICE

I, David H. Kistenbroker, hereby certify that on December 9, 2020, I caused a true and correct copy of Defendants' Motion for Reconsideration of this Court's November 25, 2020 Order, together with the accompanying Memorandum of Law and Proposed Order, to be electronically filed and served upon all counsel of record via the Court's ECF system.

 

                                           */s/ David H. Kistenbroker*
                                             David H.  Kistenbroker