**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>)<br>)    Case No. 2:19-cv-04959-NIQA |
| Plaintiffs, | )<br>) |
| | )    **ORAL ARGUMENT REQUESTED** |
| v. | )<br>) |
| ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 25, 2020 ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2020, upon consideration of Defendants' Motion for Reconsideration of the Court's November 25, 2020 Order Denying Defendants' Motion to Dismiss, IT IS ORDERED that Defendants' Motion for Reconsideration is hereby GRANTED and, upon reconsideration, Plaintiffs' Amended Class Action Complaint is DISMISSED with prejudice.

_____
NITZA I. QUIÑONES ALEJANDRO
UNITED STATES DISTRICT JUDGE