**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SCOTT WHITELEY and HARRY** | : | **CIVIL ACTION** |
| **BERGER, individually and on behalf** | : | |
| **of all others similarly situated,** | : | **NO. 19-4959** |
| *Plaintiffs* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ZYNERBA PHARMACEUTICALS,** | : | |
| **INC.,** *et al.,* | : | |
| *Defendants* | : | |

**[PROPOSED] ORDER**

        **AND NOW**, this _____ day of _____, 202___, upon consideration of Defendants'

*Motion for Reconsideration of the Court's November 25, 2020 Order Denying Defendants' Motion*

*to Dismiss ("Motion")*, [ECF 32], Plaintiffs' Memorandum in Opposition to the Motion, [ECF 34],

and Defendants' Reply in Further Support of the Motion, [ECF _____], it is hereby **ORDERED**

that the Motion is **DENIED**.


                                        **BY THE COURT:**


                                        _____
                                        **NITZA I. QUIÑONES ALEJANDRO**
                                        Judge, United States District Court