**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

SCOTT WHITELEY and HARRY BERGER,       )
Individually and on Behalf of All Others    )
Similarly Situated,                                       )    Case No. 2:19-cv-04959-NIQA
                                                                  )
                                            Plaintiffs,          )
                                                                  )
                    v.                                           )
                                                                  )
ZYNERBA PHARMACEUTICALS, INC.,       )
ARMANDO ANIDO, and JAMES E.              )
FICKENSCHER,                                         )
                                                                  )
                                          Defendants.          )
                                                                  )
_____

## CERTIFICATE OF SERVICE

I, David H. Kistenbroker, hereby certify that on January 15, 2021, I caused a true and

correct copy of Defendants' Answer to the Amended Complaint to be electronically filed and

served upon all counsel of record via the Court's ECF system.


                                                    _/s/ David H. Kistenbroker_____
                                                        David H. Kistenbroker