# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT WHITELEY and HARRY BERGER, individually and on behalf of all others similarly situated,** | : | **CIVIL ACTION** |
| *Plaintiffs* | : | **NO. 19-4959** |
| | : | |
| **v.** | : | |
| | : | |
| **ZYNERBA PHARMACEUTICALS, INC.,** *et al.,* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 5th day of February 2021, upon consideration of Defendants' *motion for reconsideration*, [ECF 32], and Plaintiffs' response in opposition thereto, [ECF 34], it is hereby **ORDERED** that the motion is **DENIED**.[1]

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] The scope of review for a motion for reconsideration is "extremely limited." *Blystone v. Horn*, 664 F.3d 397, 415 (3d Cir. 2011). Such motions are not to be used as an opportunity to re-litigate decided issues; rather, they may be used only to correct manifest errors of law or fact or to present newly discovered evidence or an intervening change in law. *Kerlinsky v. Main Line Hosps., Inc.*, 2012 WL 4050764, at *1 (E.D. Pa. Sept. 14, 2012) (citing *Howard Hess Dental Labs., Inc. v. Dentsply Int'l Inc.,* 602 F.3d 237, 251 (3d Cir. 2010)). Accordingly, a motion to reconsider should only be granted where the movant shows: "(1) an intervening change in the controlling law; (2) the availability of new evidence that was not available when the court granted the motion" at issue; "or (3) the need to correct a clear error of law or fact or to prevent manifest injustice." *Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999).

In the underlying motion for reconsideration, Defendants fail to meet any of the above-described requirements for granting reconsideration. Instead, Defendants merely repeat arguments made in their original *motion to dismiss*, which this Court considered and rejected. Accordingly, Defendants' motion for reconsideration is denied.