**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER,<br><br>      Defendants | Case No: 2:19-cv-04959-NIQA |

## JOINT MOTION TO STAY PROCEEDINGS

Lead Plaintiffs Scott Whiteley and Harry Berger ("Plaintiffs") and Defendants Armando Anido, James E. Fickenscher, and Zynerba Pharmaceuticals, Inc. ("Defendants" and collectively with Plaintiffs, "Parties"), by and through their undersigned counsel, hereby respectfully jointly move to stay the proceedings in this action, pending the Court's consideration pursuant to Fed. R. Civ. P. 23(e) of the fairness, reasonableness, and adequacy of the proposed settlement of this putative class action. For the reasons set forth in the accompanying Memorandum of Law, the Parties respectfully request that the Court grant this Motion and enter and Order, staying this case pending its consideration of the proposed class action settlement.

Dated:  March 8, 2021                                   Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

**ROSEN LAW FIRM**
Jing Chen
275 Madison Avenue, 40th floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jchen@rosenlegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Tamar A. Weinrib
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email:  jalieberman@pomlaw.com
          taweinrib@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the Proposed Class*

**DECHERT LLP**

/s/ *David H. Kistenbroker*
David H. Kistenbroker (pro hac vice)
35 West Wacker Drive, Suite 3400
Chicago, IL 60601-1608
Telephone: (312) 646-5800
Facsimile: (312) 646-5858
Email: david.kistenbroker@dechert.com

**DECHERT LLP**
Michael S. Doluisio
Tiffany Engsell
Cira Center
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
Email: michael.doluisio@dechert.com
        tiffany.engsell@dechert.com

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 8th day of March 2021 a true and correct copy of the foregoing

***Joint Motion to Stay Proceedings*** was served by CM/ECF to the parties registered to the Court's

CM/ECF system.


/s/ *Jacob Goldberg*
Jacob Goldberg