# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER,<br><br>     Defendants. | Case No: 2:19-cv-04959-NIQA |

### [PROPOSED] ORDER GRANTING
### JOINT MOTION TO STAY PROCEEDINGS

AND NOW, this ___ day of _____, 2021, upon consideration of the Parties' Joint Motion to Stay Proceedings, IT IS ORDERED that, with the exception of proceedings relating to approval of the proposed class action settlement, all other proceedings in this Action, including discovery, are stayed.

_____
NITZA I. QUINONES ALEJANDRO
UNITED STATES DISTRICT JUDGE