IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT WHITELEY and HARRY BERGER, individually and on behalf of all others similarly situated,** | : : : : : : : : : : : | **CIVIL ACTION** <br><br> **NO. 19-4959** |
| *Plaintiffs* | | |
| v. | | |
| **ZYNERBA PHARMACEUTICALS, INC.,** *et al.*, | | |
| *Defendants* | | |

# O R D E R

**AND NOW**, this 8th day of March 2021, upon consideration of the parties' *joint motion to stay proceedings*, [ECF 40], and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and, with the exception of proceedings relating to approval of the proposed class action settlement, all other proceedings in this action, including discovery, are **STAYED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*