**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on behalf of all others similarly situated, | Case No: 2:19-cv-04959-NIQA |
| Plaintiffs, | Hon. Nitza I. Quiñones Alejandro |
| v. | |
| ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER, | |
| Defendants. | |

**NOTICE OF UNOPPOSED MOTION AND MOTION FOR
ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT
AND ESTABLISHING NOTICE PROCEDURES**

Lead Plaintiffs Scott Whiteley and Harry Berger ("Plaintiffs"), on behalf of themselves and all members of the proposed Settlement Class, hereby respectfully move this Court for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the Settlement; (c) holding that the manner and forms of notice set forth in the Preliminary Approval Order satisfy due process and provide the best notice practicable under the circumstances; (d) setting a date for the Settlement Hearing; (e) appointing Plaintiffs as Class Representatives and Co-Lead Counsel as Co-Class Counsel; (f) appointing Strategic Claims Services as the Claims Administrator; (g) ordering that Notice substantially in the forms of the proposed notices be given to the proposed Settlement Class; and (h) granting such other and further relief as may be required.

Plaintiffs are contemporaneously filing herewith a memorandum of law and accompanying Stipulation and Agreement of Settlement and the exhibits attached thereto, incorporated herein by

reference, in support of this motion. The [Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, negotiated by the Parties, is Exhibit A to the Stipulation and Agreement of Settlement.

Defendants do not oppose the relief sought in the motion and support preliminary certification of the Settlement Class, preliminary approval the Settlement, and the notice procedures proposed by Plaintiffs.

Dated: April 30, 2021                                    Respectfully submitted,

**ROSEN LAW FIRM**

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

**ROSEN LAW FIRM**
Jing Chen
275 Madison Avenue, 40th floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jchen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs and the Proposed Settlement Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Tamar A. Weinrib
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email:  jalieberman@pomlaw.com
              taweinrib@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: pdahlstrom@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs and the
Proposed Settlement Class*

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiffs and
the Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this on April 30, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the Parties registered to the Court's CM/ECF system.

*/s/ Jacob A.Goldberg*
Jacob A. Goldberg