EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER,<br><br>    Defendants. | Case No: 2:19-cv-04959-NIQA |

<u>**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND FINAL APPROVAL HEARING**</u>

**To:    ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF ZYNERBA PHARMACEUTICALS, INC. BETWEEN MARCH 11, 2019 AND SEPTEMBER 17, 2019, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Eastern District of Pennsylvania that a hearing will be held on _____, 2021, at __:__ _.m. before the Honorable Nitza I. Quiñones Alejandro, United States District Judge of the Eastern District of Pennsylvania, 8613 U.S. Courthouse, Courtroom 8-B, Philadelphia, PA 19106 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for payment of the gross sum of $4,000,000 to the Settlement Class should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds to the Settlement Class Members is fair, reasonable, and adequate; (3) whether the application of Co-Lead Counsel for an award of attorneys' fees of up to one-third of the Settlement Amount ($1,333,333.33) plus interest, reimbursement of expenses up to $150,000, and

1

EXHIBIT C

a Compensatory Award to Lead Plaintiffs of up to $15,000 collectively (or $7,500 each) should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement dated April 30, 2021 (the "Settlement Stipulation").

If you purchased or otherwise acquired Zynerba Pharmaceuticals, Inc. ("Zynerba") securities between March 11, 2019 and September 17, 2019, both dates inclusive (the "Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess against the Defendants and their affiliates relating to your ownership interest in Zynerba securities. If you have not received a detailed Notice Of Proposed Settlement Of Class Action, Motion For Attorneys' Fees And Expenses, And Settlement Fairness Hearing ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies of these documents by visiting https://www.strategicclaims.net or by contacting the Claims Administrator toll-free at (866) 274-4004 or by email at info@strategicclaims.net. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form postmarked no later than _____, 2021, establishing that you are entitled to recovery.  Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____, 2021, in the manner and consistent with the requirements explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Co-Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and compensatory award to Lead

EXHIBIT C

Plaintiffs must be in the manner and consistent with the requirements explained in the Notice and received no later than _____, 2021, by each of the following:

| Clerk of the Court | Co-Lead Counsel | Counsel For Defendants |
|---|---|---|
| United States District Court Eastern District of Pennsylvania 601 Market Street, Room 2609 Philadelphia, PA 19106-1797 | Jeremy A. Lieberman Tamar A. Weinrib POMERANTZ LLP 600 Third Avenue, Floor 20 New York, NY 10016  Jacob A. Goldberg THE ROSEN LAW FIRM, P.A. 101 Greenwood Avenue, Suite 440 Jenkintown, PA 19046 | David Kistenbroker DECHERT LLP 35 West Wacker Drive, Suite 3400 Chicago, IL 60601  Michael S. Doluisio DECHERT LLP Cira Centre, 2929 Arch Street Philadelphia, PA 19104 michael.doluisio@dechert.com |

If you have any questions about the Settlement, you may visit https://www.strategicclaims.net or write to Co-Lead Counsel at the above address. **PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____, 2021

_____
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

3