EXHIBIT D

| | |
|---|---|
| **Court-Ordered Legal Notice**<br><br>**Forwarding Service Requested**<br><br><br>*A federal court authorized this notice.*<br>*This is not a solicitation from a lawyer.*<br><br>*This Notice may affect your legal rights.*<br>*You may be entitled to a payment from*<br>*this securities class action settlement.*<br><br><br>*Please read it carefully.* | Zynerba Pharmaceuticals, Inc. Securities Litigation<br>c/o Strategic Claims Services<br>600 N. Jackson Street, Suite 3<br>Media, PA 19063 |

*Whitely v. Zynerba Pharmaceuticals, Inc., et al. Case No. 2:19-cv-04959-NIQA (E.D. Pa)*
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

There has been a proposed Settlement of all claims against Zynerba Pharmaceuticals, Inc. ("Zynerba") and two of its officers (collectively, "Defendants"). The Settlement resolves a lawsuit in the United States District Court for the Eastern District of Pennsylvania ("Court") in which Plaintiffs allege that, in violation of the federal securities laws, Zynerba made public statements at certain times in 2019 that were materially false and misleading or omitted material information, causing damages to persons who purchased or otherwise acquired Zynerba securities. Defendants deny any wrongdoing.

You received this Notice because you or someone in your family or household may have purchased or otherwise acquired Zynerba securities during the period between March 11, 2019 and September 17, 2019, both dates inclusive ("Class Period"). The Settlement provides that, in exchange for the dismissal of this action and release of claims known and unknown against Defendants, Defendants will pay or cause to be paid into a settlement fund $4,000,000 in cash ("Settlement Fund"). The Settlement Fund, less attorneys' fees and expenses and a compensatory award to the lead plaintiffs who brought this lawsuit, will be divided among all Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and how to make a claim, please view the Stipulation of Settlement and Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing ("Notice") at www.strategicclaims.net and please request a copy of the Notice and Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) by mail: Zynerba Pharmaceuticals, Inc. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) by phone: toll free, (866) 274-4004; (3) by fax: (610) 565-7985; or (4) by email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. A copy of the Proof of Claim can be found on the website. PROOFS OF CLAIM ARE DUE BY _____ 2021 TO: *ZYNERBA PHARMACEUTICALS, INC.* SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063, OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET. **If you DO NOT want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class by_____, 2021 or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____, 2021. The Notice and Stipulation of Settlement explain how to opt-out or to object.**

The Court will hold a hearing in this case on _____ 2021 at _____ at, _____, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of up to 33 1/3%, plus actual expenses, for litigating the case and negotiating the Settlement, and an award to each plaintiff not to exceed $7,500. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (866) 274-4004, or visit the website, www.strategicclaims.net.

{00403121;1 }