UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER,<br><br>Defendants. | Case No: 2:19-cv-04959-NIQA<br><br>Hon. Nitza I. Quiñones Alejandro |

**NOTICE OF MOTION AND MOTION FOR (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND (II) A FINAL DETERMINATION THAT CLASS CERTIFICATION FOR SETTLEMENT PURPOSES IS APPROPRIATE**

Pursuant to Federal Rule of Civil Procedure 23(e) and for the reasons set forth in the accompanying Memorandum of Law, Lead Plaintiffs Scott Whitely and Harry Berger, by and through his undersigned attorneys, hereby moves this court for entry of an Order (a) finally approving the settlement between Lead Plaintiffs and Defendants Zynerba Pharmaceuticals, Inc., Armando Anido, and James E. Fickenscher (collectively, "Defendants"); and (b) determining that Class treatment is appropriate. The Defendants do not oppose the relief requested by this motion.

Dated: July 27, 2021

Respectfully submitted,

**ROSEN LAW FIRM**

/s/ Jacob A. Goldberg
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046 Telephone:
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

Jing Chen
**ROSEN LAW FIRM**
275 Madison Avenue, 40th floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jchen@rosenlegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Tamar A. Weinrib
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
           taweinrib@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: pdahlstrom@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Proposed Settlement Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiffs and the Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this on July 27, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the Parties registered to the Court's CM/ECF system.

/s/ Jacob A. Goldberg
Jacob A. Goldberg