UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER,<br><br>Defendants. | Case No: 2:19-cv-04959-NIQA<br><br>Hon. Nitza I. Quiñones Alejandro |

### NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO LEAD PLAINTIFFS

Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement dated May 12, 2021 ("Preliminary Approval Order") (Dkt. No. 44), on August 31, 2021 at 1:30 p.m., or as soon thereafter as counsel may be heard, at the 8613 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, Courtroom 8-B, before the Honorable Nitza I. Quiñones Alejandro, United States District Judge, Lead Plaintiffs Scott Whiteley and Harry Berger ("Plaintiffs"), on behalf of themselves and all members of the proposed Settlement Class, through their undersigned counsel, will respectfully move for an order: (i) awarding attorneys' fees; (ii) awarding reimbursement of litigation expenses, and (iii) approving compensatory Awards to Lead Plaintiffs. Plaintiffs are contemporaneously filing herewith a memorandum of law in support. The [Proposed] Order is submitted herewith.

Defendants do not contest this motion.

Dated: July 27, 2021

Respectfully submitted,

**ROSEN LAW FIRM**

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

**ROSEN LAW FIRM**
Jing Chen
275 Madison Avenue, 40th floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jchen@rosenlegal.com

*Co-lead Counsel for Lead Plaintiffs and the Proposed Settlement Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Tamar A. Weinrib
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email:  jalieberman@pomlaw.com
          taweinrib@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: pdahlstrom@pomlaw.com

*Co-lead Counsel for Lead Plaintiffs and the Proposed Settlement Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiffs and the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this on July 27, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the Parties registered to the Court's CM/ECF system.

                /s/ Jacob A. Goldberg
                Jacob A. Goldberg