**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on behalf of all others similarly situated, | Case No: 2:19-cv-04959-NIQA |
| Plaintiffs, | Hon. Nitza I. Quiñones Alejandro |
| v. | |
| ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER, | |
| Defendants. | |

**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS**

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Pomerantz LLP and The Rosen Law Firm, P.A., appointed by the Court as Co-Lead Counsel for the purposes of the Settlement have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Plaintiffs and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and Compensatory Awards to Lead Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement dated April 30, 2021 (the "Stipulation") (ECF No. 43); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Co-Lead Counsel during the final approval hearing on August 31, 2021, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.      Co-Lead Counsel is awarded one third (1/3) of the Settlement Fund or $1,333,333 as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2.      Co-Lead Counsel shall be awarded expenses in the amount of $37,259.11.

3.      Lead Plaintiffs Scott Whiteley and Harry Berger shall be collectively awarded the amount of $15,000 (or $7,500 each) as a compensatory award and reimbursement for their lost time and expenses in connection with their prosecution of this action.

4.      Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and Award to Plaintiffs shall be paid in the manner and procedure provided for in the Settlement Stipulation.

**IT IS SO ORDERED.**

Dated:_____, 2021

_____
**NITZA I. QUIÑONES ALEJANDRO**
Judge, United States District Court