# EXHIBIT 5

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT WHITELEY and HARRY BERGER, Individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>ZYNERBA PHARMACEUTICALS, INC., ARMANDO ANIDO, and JAMES E. FICKENSCHER,<br><br>      Defendants. | Case No: 2:19-cv-04959-NIQA<br><br>Hon. Nitza I. Quiñones Alejandro<br><br>**DECLARATION OF HARRY BERGER** |

Pursuant to 28 U.S.C. §1746, Harry Berger declares:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1.	I hereby submit this declaration in support of: (1) Plaintiffs' Motion for Final Approval of Class Action Settlement and the Plan of Allocation; (2) Plaintiffs' Counsel's request for attorneys' fees and reimbursement of expenses; and (3) my application for the $7,500 compensatory award to me relating to my representation of the Class.

2.	I am the one of Lead Plaintiffs in the above-captioned action. Scott Whiteley is the other Lead Plaintiff in the above-captioned action.

3.	I am a warehouse manager and live in Mission Viejo, CA.

4.	I approved the Settlement of this case for $4,000,000. I continue to believe that this is an excellent result achieved by counsel when considering the strengths of the case in light of the risks and expense of continued litigation.

5.      As one of the Lead Plaintiffs and proposed class representatives for settlement purposes, I was extremely involved with the litigation and regularly kept abreast of developments in this case and news concerning Zynerba Pharmaceuticals, Inc. as to satisfy my fiduciary obligation to the Class. I spent considerable time to satisfy these obligations including:

a.  Reviewing and discussing the lead plaintiff motion with my counsel;

b.  Provided a certification in connection with the motion for appointment of Lead Plaintiffs;

c.  Reviewed the Initial Complaint filed on October 23, 2019;

d.  Reviewed the Amended Complaint filed on March 9, 2020;

e.  Discussing Defendants' motions to dismiss and our anticipated response thereto.

f.  Discussing settlement negotiations with my counsel and approving the proposed settlement in principle reached in February 2021; and

g.  reviewing the settlement documents.

6.      I believe that I fulfilled my fiduciary duty to the Class to work with counsel to make sure the Class received fair and adequate representation. I have done my best to vigorously promote the interests of the Class and to obtain the largest recovery possible under the circumstances, and I do believe that the Settlement confers the best result possible under all of the circumstances.

7.      I understand that the PSLRA, 15 U.S.C. § 78u-4(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

8.      In fulfillment of my responsibilities as a Lead Plaintiff, as discussed in ¶5 above, I conservatively estimate that I devoted at least 12 hours of time to this litigation. The time that I

devoted to the representation of the Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me.

9. I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Class.

10. Accordingly, I respectfully request that the Court approve a payment to me in the amount of $7,500 as reimbursement for the time spent, and efforts I made, on behalf of the Class. It is my belief that this request for reimbursement is fair and reasonable.

11. I understand Plaintiffs' Counsel will be seeking an award of attorneys' fees in the amount of one third (1/3) of the Settlement Amount. I support Plaintiffs' Counsel's request for attorneys' fees.

12. I also support Plaintiffs' Counsel's request for reimbursement of litigation expenses.

13. In sum, I respectfully request that the court approve the Settlement; award me with the $7,500 compensatory award for the time I spent on this case and representing the Class; and approve Plaintiffs' Counsel's request for attorneys' fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: _____7/27/2021_____

DocuSigned by:

*Harry Berger*
42CD37EDC68E4D0...

Harry Berger